1 | HWAY-LING HSU, Bar No. 196178
hhsu@be-law.com
2 | BERGESON, LLP          E-FILING
303 Almaden Boulevard, Suite 500
3 | San Jose, CA 95110-2712
Telephone:  (408) 291-6200    ADR
4 | Facsimile:   (408) 297-6000

**ORIGINAL FILED**

**SEP 25 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

5 | Attorneys for Plaintiff
EQUINE LEGAL SOLUTIONS, INC.

6 |

7 |

8 |                    UNITED STATES DISTRICT COURT

9 |                   NORTHERN DISTRICT OF CALIFORNIA

10 |                          SAN JOSE DIVISION

11 |

**C07  04976** **CRB**

12 | EQUINE LEGAL SOLUTIONS, INC.,          Case No.
a California corporation,
13 |

14 |                              Plaintiff,    **COMPLAINT FOR**
                                             **(1) COPYRIGHT INFRINGEMENT;**
                                             **(2) BREACH OF CONTRACT;**
15 |            vs.                            **(3) INTENTIONAL INTERFERENCE**
                                             **WITH PROSPECTIVE ECONOMIC**
16 | SHANE BUNTROCK, an individual; SANDERS   **ADVANTAGE;**
& PARK, P.C., an Arizona professional       **(4) CONVERSION; AND**
17 | corporation; and EQUINE.COM, INC., a     **(5) UNFAIR COMPETITION**
Delaware corporation,
18 |                              Defendants.  **DEMAND FOR JURY TRIAL**

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1    Plaintiff EQUINE LEGAL SOLUTIONS, INC., a California corporation ("ELS"), for its

2    Complaint against defendants SHANE BUNTROCK ("Buntrock"), an individual; SANDERS &

3    PARK, P.C., an Arizona professional corporation;  and EQUINE.COM, INC., a Delaware

4    corporation ("Equine.com") (collectively, "defendants"), alleges as follows:

5                                        **NATURE OF THE ACTION**

6        1.    This action arises out of defendants' use, copying, dissemination, and infringement of

7    plaintiff ELS's copyrighted legal forms.  ELS, a firm that provides equine-related legal services,

8    licenses for a fee copyrighted legal forms for use in equine transactions.  ELS's employee, a

9    California attorney and equestrian, developed the forms based on her years of experience as both

10    an attorney and a horse owner.  The forms can be licensed for a fee through ELS's website at

11    www.equinelegalsolutions.com, where the licensing agreement ("License Agreement") is also

12    posted.

13        2.    Upon information and belief, defendant Buntrock and his former law firm Sanders &

14    Parks, were retained by defendant Equine.com to develop or otherwise provide Equine.com with

15    legal forms for dissemination to the public via its website.  Equine.com had previously

16    unsuccessfully approached ELS about posting ELS's forms on the Equine.com website.  In or

17    about July 2005, defendant Buntrock visited ELS's website, agreed to the terms of the License

18    Agreement, paid the licensing fees, and downloaded two of ELS's copyrighted forms.

19        3.    The License Agreement contains a personal use limitation that restricts the use of the

20    ELS materials to "personal and non-commercial use."  The License Agreement also states that the

21    materials are subject to copyright protection.

22        4.    Subsequently, Equine.com advertised and posted on its website several equine-related

23    legal forms containing language identical or very similar to language in two of ELS's copyrighted

24    forms.

25

26

27

28

- 1 -

1

## THE PARTIES

2     5. ELS is a California law corporation that provides equine-related legal services

3 primarily to clients in California. ELS also maintains a website from which copyrighted equine-

4 related legal forms may be licensed for a fee.

5     6. ELS is informed and believes and thereupon alleges that defendant Shane Buntrock is

6 an attorney practicing law in Arizona.

7     7. ELS is informed and believes and thereupon alleges that defendant Sanders & Parks,

8 P.C. is a law firm based in Arizona that employed Buntrock at times relevant to the allegations

9 herein.

10     8. ELS is informed and believes and thereupon alleges that defendant Equine.com, Inc. is

11 a Delaware corporation with an office in Phoenix, Arizona that operates a website

12 (www.equine.com) self-described as "The World's Largest Horse Marketplace." Upon

13 information and belief, defendant Equine.com sells and displays equine-related advertising for

14 buyers and sellers throughout the United States, including California. ELS is informed and

15 believes, and thereupon alleges, that registered users of the Equine.com website and persons

16 posting and viewing advertisements on the Equine.com website include residents of this District.

17

## JURISDICTION AND VENUE

18     9. This Court has subject matter jurisdiction under the Copyright Act, 17 U.S.C. 100 et

19 seq. This Court has jurisdiction of this action under 28 U.S.C. §§ 1331, 1338(a) and (b), and

20 1367(a), and this Court has supplemental jurisdiction over ELS's related claims for relief arising

21 under California law.

22     10. Venue is proper in this Court under 28 U.S.C. §1400(a) because this District is one in

23 which defendants can be found; under 28 U.S.C. § 1391(b) because a substantial part of the events

24 that gave rise to ELS's claims took place within the District; and because the License Agreement

25 requires all claims arising under it to be brought in Santa Clara County, California.

26

## FACTUAL ALLEGATIONS

27     11. ELS is informed and believes, and upon that basis alleges, that at all times herein

28 mentioned, defendant Buntrock was acting as the agent, servant, employee or representative of

1  defendant Equine.com, and in so doing the things hereafter alleged, was acting within the course

2  and scope of said agency, servitude, employment or representation.

3      12. ELS is informed and believes, and upon that basis alleges, that from the period of on or

4  about July 18, 2005 to on or about 2006, defendant Buntrock was acting as the agent, servant,

5  employee or representative of defendant Sanders & Parks, P.C., and in so doing the things

6  hereafter alleged during such period, was acting within the course and scope of said agency,

7  servitude, employment or representation.

8      13. ELS is informed and believes, and upon that basis alleges, that from the period of on or

9  about July 18, 2005 to on or about 2006, defendant Sanders & Parks, P.C. was acting as the agent,

10  servant, employee or representative of defendant Equine.com, and in so doing the things hereafter

11  alleged during such period, was acting within the course and scope of said agency, servitude,

12  employment or representation.

13          **Equine.com Unsuccessfully Seeks Use of ELS's Equine Legal Forms**

14      14. During the period of June 11-13, 2004, ELS operated a booth at the Western States

15  Horse Expo in Sacramento, California (the "Horse Expo").

16      15. ELS is informed and believes, and upon that basis alleges, that Equine.com also

17  operated a booth at Horse Expo.

18      16. ELS is informed and believes, and upon that basis alleges, that during the Horse Expo,

19  Aaron Bromagem, Equine.com's founder and president, was present in person for the purpose of

20  representing Equine.com.

21      17. ELS is informed and believes, and upon that basis alleges, that at all times herein

22  mentioned, Bromagem was acting as the agent, servant, employee or representative of defendant

23  Equine.com, and in so doing the things hereafter alleged, was acting within the course and scope

24  of said agency, servitude, employment or representation.

25      18. During the Horse Expo, Bromagem visited the ELS booth and spoke in person with

26  Erin McCart, ELS's marketing director. Bromagem requested information about Plaintiff's equine

27  legal forms. McCart provided Bromagem with information and showed Bromagem samples of

28  several of ELS's equine legal forms.

- 3 -

19. During the Horse Expo, Bromagem returned to the ELS booth and spoke in person with Rachel Kosmal McCart, ELS's employee and senior counsel. Bromagem expressed an interest in including ELS's equine legal forms on Equine.com's website. Bromagem and Kosmal McCart discussed the possibility of including ELS's equine legal forms on Equine.com's website, but did not reach any agreement on terms or conditions.

### Defendants License ELS's Copyrighted Forms

20. ELS is informed and believes, and upon that basis alleges, that on or about July 18, 2005, Buntrock visited the ELS website.

21. ELS is informed and believes, and upon that basis alleges, that on or about 8:40 a.m. Pacific Daylight Time, Buntrock purchased two equine legal forms from Plaintiff's website:

- Item #24, the "On Site Breeding Agreement" (hereinafter, "ELS Breeding Agreement"); and

- Item #2, the "Equine Installment Sale Agreement (hereinafter, "ELS Installment Sale Agreement," collectively with the Breeding Agreement, the "ELS Forms").

22. ELS is informed and believes, and upon that basis alleges, that on or about 8:40 a.m. Pacific Daylight Time, Buntrock paid a total of $99.98 for the ELS Forms via the online service Paypal.

23. On or about July 18, 2005, ELS received a payment of $99.98 from Buntrock via Paypal.

24. On or about July 18, 2005, ELS sent an email (the "Download Email") to Buntrock at shutterbug@cableaz.com. The Download Email contained a download key and active link to the ELS website.

25. ELS is informed and believes, and upon that basis alleges, that on or about July 18, 2005, Buntrock entered Plaintiff's website by clicking on the link in the Download Email.

26. ELS is informed and believes, and upon that basis alleges, that on or about July 18, 2005, Buntrock viewed the ELS License Agreement, a true, correct and complete copy of which is attached hereto as Exhibit A. The License Agreement expressly states, in pertinent part:

- 4 -

2.2    Personal Use Limitation. All documents and materials on the ELS Website, including any documents, emails and other materials you may access or receive in connection with this agreement (collectively, "ELS Materials"), are strictly for your personal and non-commercial use. You may not modify (except to fill in blanks as indicated), copy (except for your own personal use), distribute, display, reproduce, publish, license, create derivative works from, transfer, or sell any ELS Materials. In particular, you may not post ELS Materials on any website or network or forward the ELS Materials via email or any other means.

2.3    Copyright Protection. The documents and other materials provided to you pursuant to this agreement are protected by law, including by not limited to, United States copyright law and international treaties.

27. ELS is informed and believes, and upon that basis alleges, that on or about July 18, 2005, Buntrock clicked a button labeled "I Agree" below the License Agreement on Plaintiff's website.

28. ELS is informed and believes, and upon that basis alleges, that on or about July 18, 2005, Buntrock downloaded the ELS Forms from the ELS website.

**Equine.com Posts Infringing Forms On Its Website**

29. ELS is informed and believes, and upon that basis alleges, that on or before March 7, 2007, Equine.com posted several equine legal forms (the "Equine.com Forms") on its website.

30. ELS is informed and believes, and upon that basis alleges, that at all times herein mentioned, each of the Equine.com Forms was available as a PDF or Rich Text Format document.

31. ELS is informed and believes, and upon that basis alleges, that at all times herein mentioned, each of the Equine.com Forms was available at no charge to all registered users of Equine.com's website, and to all persons viewing advertisements for horses for sale on Equine.com's website.

32. On or about March 7, 2007, ELS's employee, Rachel Kosmal McCart, received an email newsletter from Equine.com, a true, correct and complete copy of which is attached hereto as Exhibit B.

33. The email newsletter bore a headline stating "Free Legal Forms on Equine.com," and announced the availability of the Equine.com Forms on Equine.com's website. Upon information and belief, this email newsletter was widely distributed, and recipients included residents of California, and residents of this District.

- 5 -

34. On or about March 7, 2007, Kosmal McCart clicked a link in such email newsletter and visited the Equine.com website. During this visit Kosmal McCart accessed the Equine.com Forms and reviewed them.

35. During such review, Kosmal McCart identified several portions of the following Equine.com Forms that contained language identical or nearly identical to language contained in the ELS Installment Sale Agreement licensed by Buntrock:

- Horse Sale Agreement;
- Horse Sale Agreement With Earnest Money Deposit;
- Installment Agreement With Designated Possession Date;
- Buyer Installment Payments Designated Possession Date;
- Installment Sale Agreement Contingent on Veterinary Examination;
- Buyer Installment Payments Purchase Subject to Vet Check;
- Cash Purchase Agreement;
- Cash Purchase Agreement Subject to Vet Exam; and
- Equine Boarding Agreement.

36. During such review, Kosmal McCart identified several sections of the Equine.com "On Site Breeding Agreement" that were identical or nearly identical to sections of the ELS Breeding Agreement licensed by Buntrock. The Equine.com Forms referenced in paragraphs 35 and 36 hereof shall be collectively referred to as the "Infringing Forms."

37. ELS is informed and believes, and upon that basis alleges, that the Infringing Forms were posted on Equine.com's website beginning on or before March 7, 2007, and were accessed by visitors to the website.

**ELS Notifies Defendants of Infringement**

38. On or about March 7, 2007, Kosmal McCart telephoned Bromagem and informed him that certain of Equine.com's forms infringed ELS's copyrighted forms.

39. During such conversation, Bromagem stated that each of the Equine.com Forms had been prepared by Buntrock, that Buntrock was Equine.com's attorney, and that Equine.com had paid Buntrock a substantial sum to develop the Infringing Forms.

- 6 -

40. On or about March 7, 2007, Kosmal McCart spoke with Buntrock on the telephone about the Infringing Forms. During such conversation, Buntrock denied having purchased any forms from ELS.

**Defendants Agree to Remove All Infringing Material, But Fail to Do So**

41. On or about March 16, 2007, Kosmal McCart again spoke with Buntrock on the telephone about the Infringing Forms, identifying the Infringing Forms and the ELS Forms that had been copied. During such conversation, Buntrock admitted that he had in fact purchased forms from ELS, and stated that Equine.com would remove the infringing material from the forms offered on its website.

42. On March 27, 2007, ELS sent a letter to Buntrock pointing out that, despite his promise, none of Equine.com's Infringing Forms had been removed or modified. ELS attached copies of the Infringing Forms as well as the ELS Forms from which Buntrock had copied material, and demanded that the infringing material be immediately removed from distribution.

43. On or about May 4, 2007, Equine.com, through a letter from counsel, stated that it had removed the allegedly infringing language from the Infringing Forms and posted revised versions of the Infringing Forms on its website.

44. On or about May 9, 2007, Kosmal McCart visited Equine.com's website and accessed and reviewed each of the Infringing Forms.

45. During such review, Kosmal McCart determined that the following Infringing Forms had been replaced with new, non-infringing versions:

- Horse Sale Agreement;
- Installment Sale Agreement with Designated Possession Date; and
- On Site Breeding Agreement.

46. However, Kosmal McCart also determined that the following Infringing Forms remained unchanged:

- Horse Sale Agreement with Earnest Money Deposit;
- Buyer Installment Payments Designated Possession Date;
- Buyer Installment Payments Purchase Subject to Vet Check;

- 7 -

1        •   Cash Purchase Agreement;

2        •   Cash Purchase Agreement Subject to Vet Exam; and

3        •   Equine Boarding Agreement.

4      47. During such review, Kosmal McCart did not find the Installment Sale Contingent on

5 Veterinary Examination on Equine.com's website.

6      48. ELS is informed and believes, and upon that basis alleges, that during the period from

7 on or before March 7, 2007 through May 9, 2007, each of the Infringing Forms listed in paragraph

8 46 above was posted on Equine.com's website and accessed by visitors.

9      49. On or about July 9, 2007, Kosmal McCart again visited Equine.com's website, and

10 accessed and reviewed each of the Infringing Forms specified in paragraph 46 hereof.

11      50. During such review, Kosmal McCart determined that the following Infringing Forms

12 had been replaced with new, non-infringing versions:

13        •   Horse Sale Agreement with Earnest Money Deposit;

14        •   Buyer Installment Payments Purchase Subject to Vet Check;

15        •   Cash Purchase Agreement;

16        •   Cash Purchase Agreement Subject to Vet Exam; and

17        •   Equine Boarding Agreement.

18      51. However, Kosmal McCart also determined that the Buyer Installment Payments

19 Designated Possession Date form remained unchanged.

20      52. ELS is informed and believes, and upon that basis alleges, that the Buyer Installment

21 Payments Designated Possession Date form was posted on Equine.com's website at all times from

22 the period from March 7, 2007 through the date of this Complaint, and was accessed by visitors to

23 the website.

24      53. ELS is informed and believes, and upon that basis alleges, that during the period that

25 the Infringing Forms have been posted on Equine.com's website, persons in an unknown number

26 have visited Equine.com's website for the purpose of accessing the Infringing Forms, thereby

27 increasing traffic to Equine.com's website.

28      54. ELS is informed and believes, and upon that basis alleges, that as a result of the

- 8 -

1  increased website traffic described in paragraph 53 hereof, Equine.com has sold an increased

2  amount of advertising.

3      55.    ELS is informed and believes, and upon that basis alleges, that during the period

4  that the Infringing Forms have been posted on Equine.com's website, an unknown number of

5  persons have visited Equine.com's website for the purpose of accessing the Infringing Forms and

6  have purchased horses, goods and services from Equine.com's customers, thereby increasing

7  Equine.com's goodwill.

8              **FIRST CAUSE OF ACTION**
              **(Copyright Infringement Against All Defendants)**

9

10  56. Plaintiff repeats and realleges each and every allegation contained in paragraphs

11  1 through 55, inclusive, and incorporates them herein by reference.

12  57. ELS is entitled to copyright protection for the ELS Installment Sale Agreement and the

13  ELS Breeding Agreement. ELS has complied in all respects with the Copyright Act of 1976, 17

14  U.S.C. §§101 et seq., and all other laws governing copyright, and has obtained from the Register

15  of Copyrights Certificates of Registration for both ELS Forms.

16  58. On or about March 30, 2007, ELS's registration of the ELS Installment Sale

17  Agreement with the United States Copyright Office became effective. A true, correct and

18  complete copy of such registration is attached hereto as Exhibit C.

19  59. On or about April 2, 2007, ELS's registration of the ELS Breeding Agreement with the

20  United States Copyright Office became effective. A true, correct and complete copy of such

21  registration is attached hereto as Exhibit D.

22  60. ELS has placed copyright notices on its License Agreement and all copies of the ELS

23  Forms that it has produced and licensed. Any copies of the ELS Forms published by ELS or under

24  ELS's authority or license have been published in strict conformity with the provisions of the

25  Copyright Act of 1976, 17 U.S.C. §§ 101 et seq., and all other laws governing copyright.

26  61. ELS is the copyright claimant of the original copyright, assignee of the copyright

27  owner, or the owner of exclusive rights under the Copyright Act, in each ELS Form. Since the

28  development of the ELS Forms, ELS has been, and still is, the sole proprietor of all of its rights,

- 9 -

1 | title and interest in and to the Forms.

2 | 62. ELS is informed and believes, and thereupon alleges, that from time to time and within

3 | the past one year, by means of the actions complained of herein, defendants have infringed and

4 | will continue to infringe ELS's copyrights in and relating to the ELS Forms, by copying, publicly

5 | displaying, distributing, and/or placing into the market products or portions thereof which were

6 | copied from the ELS Forms.

7 | 63. ELS is informed and believes, and thereupon alleges, that the defendants have

8 | infringed ELS's copyrights knowingly, deliberately, and willfully, and without the consent of

9 | ELS.

10 | 64. ELS has not authorized any of the defendants, by license or otherwise, to copy,

11 | reproduce, display, distribute or sell copies of its copyrighted works or those in which ELS has

12 | exclusive rights, except for personal and non-commercial use pursuant to the License Agreement.

13 | 65. As a direct and proximate result of defendants' infringement of ELS's copyrights and

14 | exclusive rights under copyright, ELS is entitled to damages and defendants' profits pursuant to 17

15 | U.S.C. §504(b) for each infringement.

16 | 66. Alternatively, ELS is entitled to the maximum statutory damages in the amount of

17 | $150,000 with respect to each work infringed, or for such other amounts as may be proper under

18 | 17 U.S.C. §504(c).

19 | 67. ELS is further entitled to its attorneys' fees and full costs pursuant to 17 U.S.C. §505.

20 | 68. Defendants' conduct, as averred above, is causing and, unless enjoined and restrained

21 | by this Court, will continue to cause ELS great and irreparable injury that cannot fully be

22 | compensated or measured in money.  ELS has no adequate remedy at law.  Pursuant to 17 U.S.C.

23 | §502, ELS is entitled to preliminary and permanent injunctions prohibiting further infringements

24 | of ELS's copyrights.

25 | 
### SECOND CLAIM FOR RELIEF
(Breach of Contract Against All Defendants)

26 | 

27 | 69. Plaintiff repeats and realleges each and every allegation contained in paragraphs

28 | 1 through 68, inclusive, and incorporates them herein by reference.

- 10 -

1    70. The License Agreement is a valid contract between defendants on the one hand, and

2  ELS on the other hand.

3    71. ELS performed all of its obligations under the License Agreement, or was excused

4  from doing so.

5    72. Defendants breached the License Agreement by using the ELS Forms for purposes

6  other than personal and non-commercial use.

7    73. As a proximate result of defendants' actions, ELS has been damaged in an amount to

8  be determined at trial.

9

10  **THIRD CLAIM FOR RELIEF**
**(Intentional Interference with Prospective Economic Advantage Against All Defendants)**

11    74. Plaintiff repeats and realleges each and every allegation contained in paragraphs

12  1 through 73, inclusive, and incorporates them herein by reference.

13    75. ELS maintains a website where, since January 2004, visitors have been able to license

14  for personal and non-commercial use ELS's copyrighted equine legal forms, for a licensing fee.

15    76.  Defendants knew that ELS licensed its copyrighted equine legal forms for a fee.  In

16  2004, Equine.com had sought to obtain the ELS forms for posting on the Equine.com website.

17    77.  Defendants licensed the ELS forms, then wrongfully used them to create the

18  Infringing Forms, and posted the Infringing Forms to the Equine.com website, falsely representing

19  the Infringing Forms to be their own work.

20    78. Upon information and belief, the Infringing Forms may be accessed free of charge by

21  any registered user of Equine.com.

22    79. ELS alleges upon information and belief that defendants created and posted the

23  Infringing Forms with the intention of interfering with ELS's relationships with its customers and

24  of benefiting defendants.

25    80. Defendants' actions were wrongful, as they infringed ELS's copyrights and constitute

26  unfair competition with ELS.

27    81.  As a direct and proximate result of defendants' actions, ELS has been damaged in an

28  amount to be proven at trial.

- 11 -

1    82. ELS is informed and believes and thereupon alleges that defendants acted with

2    oppression, malice, and fraud. As a result, ELS is entitled to an award of punitive damages under

3    California Civil Code Section 3294.

4    ### FOURTH CLAIM FOR RELIEF
5    **(In the Alternative to Copyright Infringement--Conversion Against All Defendants)**

6    83.  Plaintiff repeats and realleges each and every allegation contained in paragraphs

7    1 through 82, inclusive, and incorporates them herein by reference.

8    84.  ELS owns all of the forms offered for licensing on its website, including the ELS

9    Forms.

10    85.  Defendants intentionally exceeded the scope of the License Agreement and converted

11    the ELS Forms to commercial use for the benefit of defendants.

12    86.  As a direct and proximate cause of defendants' wrongful acts, ELS has been damaged

13    in an amount to be proven at trial.

14    87.  ELS is informed and believes and thereupon alleges that defendants acted with

15    oppression, malice, and fraud. As a result, ELS is entitled to an award of punitive damages under

16    California Civil Code Section 3294.

17    ### FIFTH CAUSE OF ACTION
18    **(Unfair Competition Under California Business and Professions Code §17200 et seq. Against All Defendants)**

19    88. Plaintiff repeats and realleges each and every allegation contained in paragraphs

20    1 through 87, inclusive, and incorporates them herein by reference.

21    89. By their actions set forth above, defendants have committed business acts and practices

22    that are unfair in violation of California Unfair Competition Law ("UCL"), Section 17200 et seq.

23    of the California Business and Professions Code.

24    90. Defendants' business acts and practices are unfair and violate the UCL because, upon

25    information and belief, defendants have:

26    • used the ELS Forms in a manner that violates the License Agreement;

27    • advertised and misrepresented the Infringing Forms as being the work of

28    Equine.com when in fact they contain the proprietary and copyrighted work of

- 12 -

1    ELS;

2    • converted content of the ELS Forms;

3    • given away the work of ELS while holding it out to be Equine.com's own
4      work;

5    • misappropriated ELS's labors and expenditures for defendants' own benefit;

6    • impaired fair and honest competition; and

7    • otherwise significantly harmed competition in the market for equine legal
8      services and equine legal forms.

9    91. The acts and practices herein are continuing to be practiced by defendants and will

10   cause great and irreparable harm to ELS unless and until restrained by order of this Court. ELS

11   has suffered and will imminently suffer further harm, including the loss of license fees and

12   competitive position, the amount of which will be difficult to ascertain. ELS will be without an

13   adequate remedy at law. ELS is entitled to an injunction restraining the defendants, as well as

14   their officers, agents, employees, and all persons acting in concert with them from using, copying,

15   publishing, disclosing, transferring or selling ELS Forms or any portion thereof, and from

16   obtaining any commercial advantage or unjust enrichment from their conversion of copyrighted

17   ELS Forms.

18   92. As a direct result of the unfair business practices alleged herein, defendants have been

19   unjustly enriched in an amount not yet ascertained. ELS is entitled to an accounting and

20   restitution from defendants in an amount to be determined at trial. ELS also seeks its attorneys'

21   fees and costs.

22   **PRAYER**

23   ELS prays for judgment against defendants as follows:

24   1.    For orders preliminarily and permanently enjoining defendants and all persons

25   acting in concert with them, including their agents, employees, successors, and assigns, from (a)

26   accessing, using, copying, publishing, disclosing, transferring, selling or otherwise distributing or

27   disseminating, directly or indirectly, any of ELS's copyrighted material, and any product

28   incorporating or derived from all or part of ELS's copyrighted material, and (b) committing any

- 13 -

1    other act which infringes upon ELS's copyrights or constitutes unfair competition against ELS.

2       2.     For an order requiring defendants to account and pay over to ELS all sales, profits,

3    and advantages derived by them from the copyright infringement, unfair competition, unjust

4    enrichment, breach of contract, conversion, and tortious interference with prospective economic

5    advantage described in the Complaint.

6       3.     An award of actual damages, statutory damages, compensatory damages,

7    restitution, and unjust enrichment according to proof at trial;

8       4.     For punitive and/or exemplary damages according to proof at trial;

9       5.     For attorney fees, costs of suit and prejudgment and postjudgment interest, as

10    provided under applicable law; and

11       6.     For such other, further, and/or different relief, in law or equity, as the Court may

12    deem just and proper.

### DEMAND FOR JURY TRIAL

14       Plaintiff Equine Legal Solutions, Inc. hereby demands a trial by jury on each of its claims

15    for relief that is triable before a jury.

16    Dated: September 25, 2007           BERGESON, LLP

18                          By: _____
                               Hway-ling Hsu

19                          Attorneys for Plaintiff

20                          EQUINE LEGAL SOLUTIONS, INC.

- 14 -

# EXHIBIT A

License Agreement

1.      This is a Binding Legal Contract.  The following are terms of a legal agreement between you and Equine Legal Solutions, Inc., a California corporation ("ELS").  By clicking on "I Agree," you acknowledge that you have read, understood and agree to be bound by these terms.  If you do not agree to these terms, do not click on "I Agree."

2.      Your Use of ELS Materials.

2.1.    Limited License.  Pursuant to this agreement, you may access only the documents that you have purchased through the website located at www.equinelegalsolutions.com and all related pages (the "ELS Website").  Your access to such document(s) will be limited to the 24-hour period following your purchase.

2.2.    Personal Use Limitation.  All documents and materials on the ELS Website, including any documents, emails and other materials you may access or receive in connection with this agreement (collectively, "ELS Materials"), are strictly for your personal and non-commercial use.  You may not modify (except to fill in blanks as indicated), copy (except for your own personal use), distribute, display, reproduce, publish, license, create derivative works from, transfer, or sell any ELS Materials.  In particular, you may not post ELS Materials on any website or network or forward the ELS Materials via email or any other means.

2.3.    Copyright Protection.  The documents and other materials provided to you pursuant to this agreement are protected by law, including but not limited to, United States copyright law and international treaties.

2.4.    ELS Materials for Use in United States Only.  The ELS Materials were developed for use in the United States only and ELS makes no representation that the ELS Materials are appropriate or available for use in non-United States locations, and access to the ELS Materials from territories where their contents are illegal is prohibited.  Those who may choose to access the ELS Materials from other locations do so on their own initiative and are responsible for compliance with applicable local laws.

3.      No Attorney-Client Relationship with ELS.  None of the following activities will create an attorney client relationship between you and ELS and/or Rachel Kosmal McCart: (i) entering into this agreement, (ii) accessing or using the ELS Materials, or (iii) corresponding with Rachel Kosmal McCart or ELS by email, mail, telephone or otherwise.  You will only enter into an attorney-client relationship with ELS by if ELS initiates an attorney-client relationship and you sign a separate engagement letter provided by ELS.

4.      ELS Materials are Not Legal Advice.  The ELS Materials and any correspondence you may receive in connection with the ELS Materials are not legal advice, nor are they a substitute for legal advice.  ELS encourages you to seek counsel from a local attorney in using the ELS Materials.

5.    ELS May Represent Parties Adverse to You.  Because you do not have an attorney-client relationship with ELS, ELS may represent parties who have interests adverse to your interests.  For example, ELS may represent someone who files a claim against you in connection with a horse they purchased from you, even if you purchased a horse sale contract pursuant to this agreement.

6.    Applicable Law and Venue.  This agreement is governed by the laws of the State of California.  All claims pursuant to this agreement must be brought in Santa Clara County, California.

7.    Notice.  All notices pursuant to this agreement must be sent to the following address:

Equine Legal Solutions, Inc. .
3757 MacBeth Dr.
San Jose, CA 95127

8.    Entire Agreement.  This agreement constitutes the entire agreement between you and ELS with respect to the ELS Materials.

License Agreement

1.    This is a Binding Legal Contract. The following are terms of a legal agreement between you and Equine Legal Solutions, Inc., a California corporation ("ELS"). By clicking on "I Agree," you acknowledge that you have read, understood and agree to be bound by these terms. If you do not agree to these terms, do not click on "I Agree."

2.    Your Use of ELS Materials.

2.1.    Limited License. Pursuant to this agreement, you may access only the documents that you have purchased through the website located at www.equinelegalsolutions.com and all related pages (the "ELS Website"). Your access to such document(s) will be limited to the 24-hour period following your purchase.

2.2.    Personal Use Limitation. All documents and materials on the ELS Website, including any documents, emails and other materials you may access or receive in connection with this agreement (collectively, "ELS Materials"), are strictly for your personal and non-commercial use. You may not modify (except to fill in blanks as indicated), copy (except for your own personal use), distribute, display, reproduce, publish, license, create derivative works from, transfer, or sell any ELS Materials. In particular, you may not post ELS Materials on any website or network or forward the ELS Materials via email or any other means.

2.3.    Copyright Protection. The documents and other materials provided to you pursuant to this agreement are protected by law, including but not limited to, United States copyright law and international treaties.

2.4.    ELS Materials for Use in United States Only. The ELS Materials were developed for use in the United States only and ELS makes no representation that the ELS Materials are appropriate or available for use in non-United States locations, and access to the ELS Materials from territories where their contents are illegal is prohibited. Those who may choose to access the ELS Materials from other locations do so on their own initiative and are responsible for compliance with applicable local laws.

3.    No Attorney-Client Relationship with ELS. None of the following activities will create an attorney client relationship between you and ELS and/or Rachel Kosmal McCart: (i) entering into this agreement, (ii) accessing or using the ELS Materials, or (iii) corresponding with Rachel Kosmal McCart or ELS by email, mail, telephone or otherwise. You will only enter into an attorney-client relationship with ELS by if ELS initiates an attorney-client relationship and you sign a separate engagement letter provided by ELS.

4.    ELS Materials are Not Legal Advice. The ELS Materials and any correspondence you may receive in connection with the ELS Materials are not legal advice, nor are they a substitute for legal advice. ELS encourages you to seek counsel from a local attorney in using the ELS Materials.

5.    ELS May Represent Parties Adverse to You.  Because you do not have an attorney-client relationship with ELS, ELS may represent parties who have interests adverse to your interests.  For example, ELS may represent someone who files a claim against you in connection with a horse they purchased from you, even if you purchased a horse sale contract pursuant to this agreement.

6.    Applicable Law and Venue.  This agreement is governed by the laws of the State of California.  All claims pursuant to this agreement must be brought in Santa Clara County, California.

7.    Notice.  All notices pursuant to this agreement must be sent to the following address:

Equine Legal Solutions, Inc.
3757 MacBeth Dr.
San Jose, CA 95127

8.    Entire Agreement.  This agreement constitutes the entire agreement between you and ELS with respect to the ELS Materials.

# EXHIBIT B

**From:** Subscribe [mailto:subscribe@equine.com]
**Sent:** Tuesday, March 06, 2007 3:48 PM
**To:** info@equinelegalsolutions.com
**Subject:** Equine.com March Newsletter - Free Legal Forms on Equine.com!

View the Equine.com Newsletter in your browser

 *The Best Website for Buying and Selling Horses!*

**March 2007 Newsletter**

Sponsored by: 
Nelson Waterers & Feeders

## IN THIS ISSUE

Free Legal Forms Now Available Only on Equine.com!

Check Out These New Features on Our Ads!

Limited Edition "Life's Better at a Gallop" T-Shirts only - $5.99 plus shipping

Keeping You Safe From Scammers

Horses Help Reader Lose Weight - EquiSearch.com

2007 Arabian Horse World Calendars!

**Currently Featured Ads on Equine.com**

**STALLIONS AT SERVICE**
*(mouse over or click for details)*

 

 

**HORSES FOR SALE**
*(mouse over or click for details)*

## Free Legal Forms Now Available Only on Equine.com!

In our continuing effort to rid the planet of shady horse traders and fraudulent transactions, we now offer any registered user of Equine.com the ability to download a number of free legal forms. As we always say, you should never complete a transaction without a signed contract. These easy-to-use forms ask you for basic

information to provide you with some protection in the event that your sale goes awry. Of course, laws vary from state-to-state, but our forms give you the foundation to work from.

Here's are some of the forms that we currently have available:

- Selling your horse
- Buying a horse
- Buying a trailer
- Buying a truck
- Boarding agreement
- Brood mare lease agreement
- Full-time lease agreement
- Part-time lease agreement
- Live cover agreement
- Shipped semen agreement
- And many more!

Our Legal Form Wizard...









... it's as easy as 1-2-3!

Want to get started? Simply log onto your My Equine and use our Legal Form Wizard to help suggest which form is right for you. You can also get to our Legal Form Wizard from any ad by clicking on the "Download Purchase Contract" link.

Help clean up our industry by ensuring you ALWAYS have a signed contract!

**Click here to visit our Legal Form Wizard**




## Horses for Sale Sponsored by



**Quality Horse Stalls** and Accessories **Since 1977.**  Click here to see what we can do for you!

**SADDLES FOR SALE**
*(mouse over or click for details)*




**TRAILERS FOR SALE**
*(mouse over or click for details)*




## Trailer Section Sponsored by



Dixie Horse & Mule Co. More Information

## This Week's Customer Testimonials
*Real sellers. Real experiences.*

" I get more hits from EQUINE.COM than any other site. Your site is very user-friendly, too."

- Courtney

"EQUINE.COM works!"

- Heather

"First person who looked bought him!!!"

- Ashley

"I sold this horse to North Dakota as an endurance

**Country Manufacturing:** Your factory direct source for horse stalls!

## Check Out These New Features on Our Ads!

Alongside our new Legal Forms feature, Equine.com has also added an updated look to our Contact Seller panel when you are viewing an ad! This exciting new feature provides a dashboard for users to contact the seller, request a photo, view the seller's profile, add new blog entries, post comments, and access the legal forms area.

Here's a complete list of new features that can be found on every ad:

- Contact Seller
- View More Ads by this Seller
- Save this Ad
- Print this Ad
- Download purchase contract
- Post a Comment
- Email ad to a friend
- Write a blog entry
- View Seller's Personal Profile

Sale! Special Pricing on Select Manure Spreaders, Wagons and Trailers!

## "Life's Better at a Gallop" T-Shirt - Only $5.99 + shipping!

If you've visited us at any of the horse expos around the country, you may have noticed our popular t-shirts sporting our motto, "Life's Better at a Gallop".



These t-shirts are made with heavyweight, pre-shrunk cotton and look great.

We're practically giving them away at only $5.99 each plus shipping. Order one today before they run out!

**Click here to get one**

horse. He will be getting weekly massages and be in a heated barn...I wish I could go with him :-) A wonderful experience, as have all my experiences selling horses through EQUINE.COM."

*- Nikole*

"I have never sold horses before and EQUINE.COM brought a lot of great horse people my way...thanks EQUINE.COM!"

*- Hayley*

"My horse was only listed for 3 weeks and I received numerous inquiries, met some wonderful people in the process, and ultimately finding great new owners that I feel comfortable with and know they will take great care of him. "

*- Sheila*

"Awesome website, I received numerous messages. The website was easy to negotiate. Thank you!"

*- Kelly*

"I love the tracking you provide on my ads.It tells me a lot on which horses people are most interested in."

*- Sandy*

"GREAT response from the upgraded ad. Serious buyers not just tire kickers. HIGHLY recommend Equine.com!"

*- Dawn*

**Plus 144 more satisfied customers
this week alone!!**

Have a testimonial you'd like to share?
Click here to tell us about it

Ready to sell your horse or anything horse-related?
See how we can help you!

3 rail, **lifetime** vinyl fence from $4.50' **FREE Installation**
**DVD**

## Keeping You Safe >From Scammers!

Here at Equine.com, we're working hard to keep you
safe from scammers! Here are a few tips to help protect
yourself:

1. We will NEVER contact you from an email address
that does not end in **equine.com**. Please be careful
that the name after the "@" sign is always EXACTLY
**equine.com**. Scammers like to use similar names to
make you think you're using equine.com.

2. We do NOT use "agents" that help you make a sale.
Buyers and sellers contact each other directly, and we
have no part in a sale aside from helping you place and
support your ad.

3. Beware of sending money through wire transfer
services such as Western Union or MoneyGram. This
seems to be the method of choice for scammers these
days because they allow the money to be collected at
any of their locations and may not even be in the same
state (or country) they say they are in. This makes it
difficult for law enforcement to track them down.

More tips and tricks coming soon to keep you safe and
protected online!

Improving the **health** and **performance** of horses and
riders!

## From EquiSearch.com - Horses Help Reader Lose Weight

My riding career almost ended before it began. There I
was, 50 years old and close to 100 pounds overweight,
trying to mount a horse for the first time. I couldn't do it! I
had a threestep mounting block, and it still took me
about 10 minutes to haul myself on. Talk about
embarrassing.

Today, at 55 and a trim 145 pounds on my 5-foot, 7-inch
frame, I find mounting a breeze. My joint problems are
gone, my blood pressure is down, my congestion has
cleared, and my skin looks better. Best of all, I have
more energy than many women half my age. My secret?
Not a miracle diet, or surgery, or a draconian exercise
program,although I did learn to eat properly and work
out. No, the key to my success has been motivation: a
burning desire to change my life and make my dream--
riding and showing--a reality.

By Sandy Denarski with Jennifer Forsberg Meyer

**Read the entire article**

9/20/2007

Visit **Grand Meadows** for a complete line of products to
support the health of horse and rider.

## 2007 Arabian Horse World Calendars!

Get your 2007 Arabian Horse World Calendar now!
This calendar features gorgeous photos of Arabians
doing what they do best - showing off!

http://www.arabianhorseworld.com/calendar.asp

Call 1-800-955-9423  $10 each, plus shipping

Equine.com
22601 N 19th Ave.
Suite 131
Phoenix, AZ 85027

Equine.com Homepage  ·  Sell Your Horse  ·  Search Our Horses for Sale  ·  Read Your Messages  ·  Earn Extra Cash  ·  Sitemap

Copyright 2007 Equine.com, a PRIMEDIA Company. All Rights Reserved.

We hope you've enjoyed receiving this email from Equine.com. If you would like to unsubscribe from receiving future
mailings, please click on the link below.
Unsubscribe

9/20/2007

# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-553-177**

EFFECTIVE DATE OF REGISTRATION

**MAR 3 0 2007**

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Equine Installment Sale Agreement and Instructions

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2** **a**

**NAME OF AUTHOR ▼**
Equine Legal Solutions, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Legal form agreement for selling a horse on installments and associated instructions

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** **a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 2004 ◄ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ January    Day ▶ 14    Year ▶ 2004
United States    ◄ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Equine Legal Solutions, Inc.
24150 S. Highland Crest Dr.
Beavercreek, OR 97004

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
MAR 3 0 2007
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
MAR 3 0 2007

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| | |
|---|---|
| EXAMINED BY _Drm_ | FORM TX |
| CHECKED BY | |
| ☐ CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

\*Amended by C.O. from phone call to Rachel Kosmal McCart of Equine Legal Solutions, Inc. on May 8, 2007.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▶** _____ **Year of Registration ▶** _____

**6** **DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼ **a**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼ **b**

See instructions before completing this space.

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼** _____ **Account Number ▼** _____ **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼ **b**
Rachel Kosmal McCart
24150 S. Highland Crest Dr.
Beavercreek, OR 97004

Area code and daytime telephone number ▶ 503-343-9681    Fax number ▶ 503-343-9680
Email ▶ rachel@equinelegalsolutions.com

**8** **CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Equine Legal Solutions, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Rachel E. Kosmal McCart    Date ▶ March 25, 2007

Handwritten signature ▼
_Rachel Elinal McCart_

**9** **Certificate will be mailed in window envelope to this address:**
Name ▼
Rachel E. Kosmal McCart
Number/Street/Apt ▼
24150 S. Highland Crest Dr.
City/State/Zip ▼
Beavercreek, OR 97004

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX—Full    Rev: 11/2006    Print: 11/2006—30,000    Printed on recycled paper    U.S. Government Printing Office: 2006-xx-xxx/60,xxx

# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-553-534**

EFFECTIVE DATE OF REGISTRATION

*April 02, 2007*
   Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

On-Site Breeding Agreement and Instructions

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a**  **NAME OF AUTHOR ▼**

Equine Legal Solutions, Inc.

**DATES OF BIRTH AND DEATH**
**Year Born ▼    Year Died ▼**

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Legal form agreement for breeding a horse and associated instructions

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
**Year Born ▼    Year Died ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
**Year Born ▼    Year Died ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 ◀ Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ January    Day ▶ 1    Year ▶ 2005
United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Equine Legal Solutions, Inc.
24150 S. Highland Crest Dr.
Beavercreek, OR 97004

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**APPLICATION RECEIVED**
APR 0 2 2007
ONE DEPOSIT RECEIVED

**TWO DEPOSITS RECEIVED**
APR 0 2 2007

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of _____ pages

*Amend by C.O. Authority telephone conversation
with Rachel E. Kosmal McCart on 05/14/07 for
EQUINE LEGAL SOLUTIONS, INC.

EXAMINED BY *mc* /AT-2          FORM TX

CHECKED BY

☐ CORRESPONDENCE
    Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent:  Name/Address/Apt/City/State/Zip ▼

Rachel Kosmal McCart
24150 S. Highland Crest Dr.
Beavercreek, OR 97004

**b**

Area code and daytime telephone number ▶ 503-343-9681          Fax number ▶ 503-343-9680

Email ▶ rachel@equinelegalsolutions.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Equine Legal Solutions, Inc.
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Rachel E. Kosmal McCart          Date ▶ March 25, 2007

Handwritten signature ▼

*Rachel E. Kosmal McCart*

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Rachel E. Kosmal McCart

Number/Street/Apt ▼
24150 S. Highland Crest Dr.

City/State/Zip ▼
Beavercreek, OR 97004

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Form TX—Full  Rev: 11/2006  Print: 11/2006—30,000  Printed on recycled paper          U.S. Government Printing Office: 2006-xx-xxx/xx,xxx