1  HWAY-LING HSU, Bar No. 196178
   hhsu@be-law.com
2  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
3  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
4  Facsimile:  (408) 297-6000

5  Attorneys for Plaintiff
   EQUINE LEGAL SOLUTIONS, INC.

**ORIGINAL FILED**

SEP 2 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**ADR E-FILING**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EQUINE LEGAL SOLUTIONS, INC.,
a California corporation,

               Plaintiff,

vs.

SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation; and EQUINE.COM, INC., a Delaware corporation,

               Defendants.

Case No. **C07 04976 CRB**

**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16**

---

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Rachel Kosmal McCart and Erin McCart are shareholders in Equine Legal Solutions, Inc.

Dated: September 25, 2007

BERGESON, LLP

By: _____
Hway-ling Hsu

Attorneys for Plaintiff
EQUINE LEGAL SOLUTIONS, INC.

- 1 -

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO.