1  Michael L. Meeks, Esq. (State Bar No. 172000)
2  Pepper Hamilton LLP
   5 Park Plaza, Suite 1700
3  Irvine, California 92614
4  Telephone: 949.567.3500
   Fax: 866.777.8799
5  Meeksm@pepperlaw.com

6

7  Attorneys for EQUINE.COM, INC.

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

| | |
|---|---|
| EQUINE LEGAL SOLUTIONS, INC., a California corporation, | Case No. C07 04976 CRB |
| Plaintiff, | [Assigned for all purposes to the Hon. Charles R. Breyer, Dept. 8] |
| v. | **STIPULATION RE EXTENSION OF TIME FOR DEFENDANT EQUINE.COM, INC. TO RESPOND TO PLAINTIFF EQUINE LEGAL SOLUTIONS, INC.'S COMPLAINT** |
| SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation; and EQUINE.COM, INC., a Delaware corporation, | |
| Defendant. | Complaint Filed: September 25, 2007<br>Trial Date: None set |

**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME**

## RECITALS

WHEREAS plaintiff EQUINE LEGAL SOLUTIONS, INC. ("ELS") filed a complaint for copyright infringement, breach of contract, intentional interference with prospective economic advantage, conversion and unfair competition in the above-captioned matter on September 25, 2007 ("Complaint");

WHEREAS defendant EQUINE.COM's ("Equine.com") response to the Complaint is due on October 17, 2007;

WHEREAS ELS has agreed to extend the time for to respond to the Complaint.

## STIPULATION

THEREFORE, it is hereby stipulated by and between the parties below, through their respective attorneys of record, that Equine.com will have up to and including November 14, 2007 to respond to ELS' Complaint.

Dated:    October 17, 2007            BERGESON LLP

                                      By: _____
                                      HWAY-LING HSU
                                      Attorneys for Plaintiff
                                      EQUINE LEGAL SOLUTIONS, INC.

**[Additional Signature On Following Page]**

**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME**

| | | |
|---|---|---|
| 1 | Dated: October 17, 2007 | PEPPER HAMILTON LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | MICHAEL L. MEEKS |
| 5 | | Attorneys for Defendant<br>EQUINE.COM, INC. |

## PROOF OF SERVICE

I am employed in the County of Orange, State of California, am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1700, Irinve, California. I am over the age of 18 and not a party to the action. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.

On the date set forth below, I served the foregoing documents described as **Stipulation re Extension of Time for Defendant Equine.Com, Inc., to Respond to Plaintiff Equine Legal Solutions, Inc.'s Complaint** on all interested parties in this action by placing [ ] the original [ ] a true copy thereof in a sealed envelope addressed as follows:

| Hway-Ling Hsu<br>Bergeson, LLP<br>303 Almaden Boulevard, Suite 500<br>San Jose, CA 95110-2712<br>Hhsu@be-law.com | Timothy J. Halloran<br>Jason Fellner<br>Murphy, Pearson, Bradley & Feeney<br>88 Kearny Street, 10th Floor<br>San Francisco, CA 94108<br>Jfellner@mpbf.com |
|---|---|

[ X ]  *MAIL*
  [ X ]  **STATE** - I am "readily familiar" with Pepper Hamilton's practice of collection and processing of correspondence for mailing. Under that practice the envelope would be deposited with the U.S. Postal Service at Irvine, California, on that same date with postage thereon fully prepaid and in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.
  [ ]  **FEDERAL** - I deposited such envelope in the U.S. Mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid.

[ X ]  *BY E-MAIL OR CM/EFC ELECTRONIC TRANSMISSION* – Based on a court order or Case Management/Electronic Case Filing System, the parties agree to accept service by e-mail or electronic transmission. I caused the documents to be sent to the e-mail address of the addressee(s) via CM/ECF court system.

[ X ]  (*State*) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]  (*Federal*) I declare under penalty of perjury under the laws of United States of America that the above is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.
Executed on October 18, 2007, at Irvine, California.

RAQUEL MORENO

**PROOF OF SERVICE**