1  Timothy J. Halloran – 104498
   Jason E. Fellner - 245364
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA  94108-5530
   Tel:    (415) 788-1900
4  Fax:    (415) 393-8087

5  Attorneys for Defendants
   SHANE BUNTROCK and SANDERS & PARKS, P.C.
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                SAN FRANCISCO DIVISION

10 EQUINE LEGAL SOLUTIONS, INC.,              Case No.: C-07-04976-CRB

11         Plaintiff,                         **DEFENDANTS SHANE BUNTROCK AND
                                              SANDERS & PARKS, P.C.'S ANSWER TO**
12 v.                                         **COMPLAINT**

13 SHANE BUNTROCK, an individual; SANDERS
   & PARKS, P.C., an Arizona professional
14 corporation; EQUINE.COM, INC., a Delaware
   corporation,
15
          Defendants.
16

17

18         COMES NOW DEFENDANTS SHANE BUNTROCK, an individual and resident of Arizona,

19 and SANDERS & PARKS, P.C., an Arizona professional corporation, and in answer the Complaint of

20 plaintiff, admit, deny, and allege as follows:

21         1.    These answering defendants lack sufficient information or belief to admit or deny

22 allegations of Paragraph 1 of the Complaint, and based upon such lack of information or belief, deny

23 the allegations of Paragraph 1 of the Complaint.

24         2.    These answering defendants deny the allegations of sentence 1 of Paragraph 2, lack

25 sufficient information or belief to admit or deny the allegations of sentence 2 of Paragraph 2, and deny

26 the allegations of sentence 3 of Paragraph 2.

27         3.    These answering defendants lack sufficient information or belief to admit or deny

28 allegations of Paragraph 3 of the Complaint, and based upon such lack of information or belief, deny

- 1 -

DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.'S ANSWER TO COMPLAINT

1    the allegations of Paragraph 3 of the Complaint.

2         4.       These answering defendants lack sufficient information or belief to admit or deny

3    allegations of Paragraph 4 of the Complaint, and based upon such lack of information or belief, deny

4    the allegations of Paragraph 4 of the Complaint.

5         5.       These answering defendants lack sufficient information or belief to admit or deny

6    allegations of Paragraph 5 of the Complaint, and based upon such lack of information or belief, deny

7    the allegations of Paragraph 5 of the Complaint.

8         6.       These answering defendants admit the allegations of Paragraph 6.

9         7.       These answering defendants admit the allegations of Paragraph 7.

10        8.       These answering defendants lack sufficient information or belief to admit or deny

11   allegations of Paragraph 8 of the Complaint, and based upon such lack of information or belief, deny

12   the allegations of Paragraph 8 of the Complaint.

13        9.       These answering defendants deny the allegations of Paragraph 9.

14        10.      These answering defendants deny the allegations of Paragraph 10.

15        11.      These answering defendants lack sufficient information or belief to admit or deny

16   allegations of Paragraph 11 of the Complaint, and based upon such lack of information or belief, deny

17   the allegations of Paragraph 11 of the Complaint.

18        12.      These answering defendants lack sufficient information or belief to admit or deny

19   allegations of Paragraph 12 of the Complaint, and based upon such lack of information or belief, deny

20   the allegations of Paragraph 12 of the Complaint.

21        13.      These answering defendants lack sufficient information or belief to admit or deny

22   allegations of Paragraph 13 of the Complaint, and based upon such lack of information or belief, deny

23   the allegations of Paragraph 13 of the Complaint.

24        14.      These answering defendants lack sufficient information or belief to admit or deny

25   allegations of Paragraph 14 of the Complaint, and based upon such lack of information or belief, deny

26   the allegations of Paragraph 14 of the Complaint.

27        15.      These answering defendants lack sufficient information or belief to admit or deny

28   allegations of Paragraph 15 of the Complaint, and based upon such lack of information or belief, deny

DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.'S ANSWER TO COMPLAINT

1  the allegations of Paragraph 15 of the Complaint.

2          16.    These answering defendants lack sufficient information or belief to admit or deny

3  allegations of Paragraph 16 of the Complaint, and based upon such lack of information or belief, deny

4  the allegations of Paragraph 16 of the Complaint.

5          17.    These answering defendants lack sufficient information or belief to admit or deny

6  allegations of Paragraph 17 of the Complaint, and based upon such lack of information or belief, deny

7  the allegations of Paragraph 17 of the Complaint.

8          18.    These answering defendants lack sufficient information or belief to admit or deny

9  allegations of Paragraph 18 of the Complaint, and based upon such lack of information or belief, deny

10  the allegations of Paragraph 18 of the Complaint.

11          19.    These answering defendants lack sufficient information or belief to admit or deny

12  allegations of Paragraph 19 of the Complaint, and based upon such lack of information or belief, deny

13  the allegations of Paragraph 19 of the Complaint.

14          20.    These answering defendants admit the allegations of Paragraph 20.

15          21.    These answering defendants admit the allegations of Paragraph 21.

16          22.    These answering defendants admit the allegations of Paragraph 22.

17          23.    These answering defendants admit the allegations of Paragraph 23.

18          24.    These answering defendants lack sufficient information or belief to admit or deny

19  allegations of Paragraph 24 of the Complaint, and based upon such lack of information or belief, deny

20  the allegations of Paragraph 24 of the Complaint.

21          25.    These answering defendants lack sufficient information or belief to admit or deny

22  allegations of Paragraph 25 of the Complaint, and based upon such lack of information or belief, deny

23  the allegations of Paragraph 25 of the Complaint.

24          26.    These answering defendants lack sufficient information or belief to admit or deny

25  allegations of Paragraph 26 of the Complaint, and based upon such lack of information or belief, deny

26  the allegations of Paragraph 26 of the Complaint.

27          27.    These answering defendants lack sufficient information or belief to admit or deny

28  allegations of Paragraph 27 of the Complaint, and based upon such lack of information or belief, deny

DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.'S ANSWER TO COMPLAINT

1    the allegations of Paragraph 27 of the Complaint.

2    　　　　28.　　These answering defendants lack sufficient information or belief to admit or deny

3    allegations of Paragraph 28 of the Complaint, and based upon such lack of information or belief, deny

4    the allegations of Paragraph 28 of the Complaint.

5    　　　　29.　　These answering defendants lack sufficient information or belief to admit or deny

6    allegations of Paragraph 29 of the Complaint, and based upon such lack of information or belief, deny

7    the allegations of Paragraph 29 of the Complaint.

8    　　　　30.　　These answering defendants lack sufficient information or belief to admit or deny

9    allegations of Paragraph 30 of the Complaint, and based upon such lack of information or belief, deny

10   the allegations of Paragraph 30 of the Complaint.

11   　　　　31.　　These answering defendants lack sufficient information or belief to admit or deny

12   allegations of Paragraph 31 of the Complaint, and based upon such lack of information or belief, deny

13   the allegations of Paragraph 31 of the Complaint.

14   　　　　32.　　These answering defendants lack sufficient information or belief to admit or deny

15   allegations of Paragraph 32 of the Complaint, and based upon such lack of information or belief, deny

16   the allegations of Paragraph 32 of the Complaint.

17   　　　　33.　　These answering defendants lack sufficient information or belief to admit or deny

18   allegations of Paragraph 33 of the Complaint, and based upon such lack of information or belief, deny

19   the allegations of Paragraph 33 of the Complaint.

20   　　　　34.　　These answering defendants lack sufficient information or belief to admit or deny

21   allegations of Paragraph 34 of the Complaint, and based upon such lack of information or belief, deny

22   the allegations of Paragraph 34 of the Complaint.

23   　　　　35.　　These answering defendants lack sufficient information or belief to admit or deny

24   allegations of Paragraph 35 of the Complaint, and based upon such lack of information or belief, deny

25   the allegations of Paragraph 35 of the Complaint.

26   　　　　36.　　These answering defendants lack sufficient information or belief to admit or deny

27   allegations of Paragraph 36 of the Complaint, and based upon such lack of information or belief, deny

28   the allegations of Paragraph 36 of the Complaint.

DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.'S ANSWER TO COMPLAINT

1   37.   These answering defendants lack sufficient information or belief to admit or deny

2   allegations of Paragraph 37 of the Complaint, and based upon such lack of information or belief, deny

3   the allegations of Paragraph 37 of the Complaint.

4   38.   These answering defendants lack sufficient information or belief to admit or deny

5   allegations of Paragraph 38 of the Complaint, and based upon such lack of information or belief, deny

6   the allegations of Paragraph 38 of the Complaint.

7   39.   These answering defendants deny the allegations of Paragraph 39.

8   40.   These answering defendants deny the allegations of Paragraph 40.

9   41.   These answering defendants deny the allegations of Paragraph 41.

10   42.   These answering defendants admit that a letter dated March 27, 2007 was sent

11   demanding removal, but deny all remaining allegations of Paragraph 42.

12   43.   These answering defendants deny the allegations of Paragraph 43.

13   44.   These answering defendants deny the allegations of Paragraph 44.

14   45.   These answering defendants deny the allegations of Paragraph 45.

15   46.   These answering defendants deny the allegations of Paragraph 46.

16   47.   These answering defendants lack sufficient information or belief to admit or deny

17   allegations of Paragraph 47 of the Complaint, and based upon such lack of information or belief, deny

18   the allegations of Paragraph 47 of the Complaint.

19   48.   These answering defendants lack sufficient information or belief to admit or deny

20   allegations of Paragraph 48 of the Complaint, and based upon such lack of information or belief, deny

21   the allegations of Paragraph 48 of the Complaint.

22   49.   These answering defendants deny the allegations of Paragraph 49.

23   50.   These answering defendants lack sufficient information or belief to admit or deny

24   allegations of Paragraph 50 of the Complaint, and based upon such lack of information or belief, deny

25   the allegations of Paragraph 50 of the Complaint.

26   51.   These answering defendants lack sufficient information or belief to admit or deny

27   allegations of Paragraph 51 of the Complaint, and based upon such lack of information or belief, deny

28   the allegations of Paragraph 51 of the Complaint.

52.     These answering defendants lack sufficient information or belief to admit or deny allegations of Paragraph 52 of the Complaint, and based upon such lack of information or belief, deny the allegations of Paragraph 52 of the Complaint.

53.     These answering defendants lack sufficient information or belief to admit or deny allegations of Paragraph 53 of the Complaint, and based upon such lack of information or belief, deny the allegations of Paragraph 53 of the Complaint.

54.     These answering defendants lack sufficient information or belief to admit or deny allegations of Paragraph 54 of the Complaint, and based upon such lack of information or belief, deny the allegations of Paragraph 54 of the Complaint.

55.     These answering defendants lack sufficient information or belief to admit or deny allegations of Paragraph 55 of the Complaint, and based upon such lack of information or belief, deny the allegations of Paragraph 55 of the Complaint.

56.     In answering Paragraph 56 of the Complaint, these answering defendants reallege and incorporate and hereby reference their answers in Paragraph 1 through 55, inclusive, herein.

57.     These answering defendants deny the allegations of Paragraph 57.

58.     These answering defendants deny the allegations of Paragraph 58.

59.     These answering defendants lack sufficient information or belief to admit or deny allegations of Paragraph 59 of the Complaint, and based upon such lack of information or belief, deny the allegations of Paragraph 59 of the Complaint.

60.     These answering defendants lack sufficient information or belief to admit or deny allegations of Paragraph 60 of the Complaint, and based upon such lack of information or belief, deny the allegations of Paragraph 60 of the Complaint.

61.     These answering defendants lack sufficient information or belief to admit or deny allegations of Paragraph 61 of the Complaint, and based upon such lack of information or belief, deny the allegations of Paragraph 61 of the Complaint. .

62.     These answering defendants deny the allegations of Paragraph 62.

63.     These answering defendants deny the allegations of Paragraph 63.

64.     These answering defendants lack sufficient information or belief to admit or deny

DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.'S ANSWER TO COMPLAINT

1   allegations of Paragraph 64 of the Complaint, and based upon such lack of information or belief, deny

2   the allegations of Paragraph 64 of the Complaint.

3       65.     These answering defendants deny the allegations of Paragraph 65.

4       66.     These answering defendants deny the allegations of Paragraph 66.

5       67.     These answering defendants deny the allegations of Paragraph 67.

6       68.     These answering defendants deny the allegations of Paragraph 68.

7       69.     In answering Paragraph 69 of the Complaint, these answering defendants reallege and

8   incorporate and hereby reference their answers in Paragraph 1 through 68, inclusive, herein.

9       70.     These answering defendants deny the allegations of Paragraph 70.

10      71.     These answering defendants lack sufficient information or belief to admit or deny

11  allegations of Paragraph 71 of the Complaint, and based upon such lack of information or belief, deny

12  the allegations of Paragraph 71 of the Complaint.

13      72.     These answering defendants deny the allegations of Paragraph 72.

14      73.     These answering defendants deny the allegations of Paragraph 73.

15      74.     In answering Paragraph 74 of the Complaint, these answering defendants reallege and

16  incorporate and hereby reference their answers in Paragraph 1 through 73, inclusive, herein.

17      75.     These answering defendants lack sufficient information or belief to admit or deny

18  allegations of Paragraph 75 of the Complaint, and based upon such lack of information or belief, deny

19  the allegations of Paragraph 75 of the Complaint.

20      76.     These answering defendants lack sufficient information or belief to admit or deny

21  allegations of Paragraph 76 of the Complaint, and based upon such lack of information or belief, deny

22  the allegations of Paragraph 76 of the Complaint.

23      77.     These answering defendants deny the allegations of Paragraph 77.

24      78.     These answering defendants lack sufficient information or belief to admit or deny

25  allegations of Paragraph 78 of the Complaint, and based upon such lack of information or belief, deny

26  the allegations of Paragraph 78 of the Complaint.

27      79.     These answering defendants deny the allegations of Paragraph 79.

28      80.     These answering defendants deny the allegations of Paragraph 80.

DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.'S ANSWER TO COMPLAINT

81.    These answering defendants deny the allegations of Paragraph 81.

82.    These answering defendants deny the allegations of Paragraph 82.

83.    In answering Paragraph 83 of the Complaint, these answering defendants reallege and incorporate and hereby reference their answers in Paragraph 1 through 82, inclusive, herein.

84.    These answering defendants lack sufficient information or belief to admit or deny allegations of Paragraph 84 of the Complaint, and based upon such lack of information or belief, deny the allegations of Paragraph 84 of the Complaint.

85.    These answering defendants deny the allegations of Paragraph 85.

86.    These answering defendants deny the allegations of Paragraph 86.

87.    These answering defendants deny the allegations of Paragraph 87.

88.    In answering Paragraph 88 of the Complaint, these answering defendants reallege and incorporate and hereby reference their answers in Paragraph 1 through 87, inclusive, herein.

89.    These answering defendants deny the allegations of Paragraph 89.

90.    These answering defendants deny the allegations of Paragraph 90.

91.    These answering defendants deny the allegations of Paragraph 91.

92.    These answering defendants deny the allegations of Paragraph 92.

93.    AS A FIRST SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, and each of the claims set forth therein, defendants allege that the complaint, and each cause of action contained therein, fails to state facts sufficient to constitute a cause of action.

94.    AS A SECOND SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, and each of the claims set forth therein, defendants are informed and believe and thereon allege that the complaint, and each cause of action therein, is barred by the applicable statute of limitations stated in Part Two, Title II, Chapter 3, of the Code of Civil Procedure, including, but not limited to, sections 337, 338, 339, 340, 340(3), 340.5, 340.6 and 343.

95.    AS A THIRD SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, and each of the claims set forth therein, defendants are informed and believe and thereon allege that other persons were careless and/or negligent, and/or committed intentional acts, and that this carelessness and negligence or these intentional acts proximately contributed to the happening

1  of the incidents referred to in the complaint.

2    96.    AS A FOURTH SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON

3  FILE HEREIN, and each of the claims set forth therein, defendants are informed and believe and

4  thereon allege that plaintiffs failed and neglected to use reasonable care to protect themselves and to

5  minimize the losses and damages complained of, if any there were.

6    97.    AS A FIFTH SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON

7  FILE HEREIN, and each of the claims set forth therein, defendants are informed and believe and

8  thereon allege that plaintiffs did not rely upon any representations made by defendants, and therefore,

9  any injuries, losses or damages complained of by plaintiffs, if any there were, were not occasioned by

10  any representations made by defendants.

11    98.    AS A SIXTH SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON

12  FILE HEREIN, and each of the claims set forth therein, defendants are informed and believe and

13  thereon allege that Plaintiffs ratified and confirmed the transactions which are the subject matter of the

14  Complaint, and every representation, if any, made by these Defendants.

15    99.    AS AN SEVENTH SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT

16  ON FILE HEREIN, and each of the claims set forth therein, defendants are informed and believe and

17  thereon allege that the Complaint is barred by the Statute of Frauds.

18    100.    AS AN EIGHTH SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT

19  ON FILE HEREIN, and each of the claims set forth therein, defendants are informed and believe and

20  thereon allege that the Complaint, and each cause of action contained therein, is barred by the equitable

21  Doctrine of Laches.

22    101.    AS A NINTH SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON

23  FILE HEREIN, and each of the claims set forth therein, defendants are informed and believe and

24  thereon allege that the Complaint, and each cause of action contained therein, is barred by the equitable

25  Doctrine of Unclean Hands.

26    102.    AS AN TENTH SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON

27  FILE HEREIN, and each of the claims set forth therein, defendants are informed and believe and

28  thereon allege that the Complaint, and each cause of action contained therein, is barred by the equitable

DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.'S ANSWER TO COMPLAINT

1    Doctrine of Waiver and Plaintiffs are also estopped from maintaining this action.

2        103.    AS A ELEVENTH SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT

3    ON FILE HEREIN, and each of the claims set forth therein, defendants are informed and believe and

4    thereon allege that the Plaintiff's claim for statutory damages and attorneys' fees under the Copyright

5    Act is not authorized under 17 U.S.C. §412.

6        104.    AS A TWELFTH SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT

7    ON FILE HEREIN, and each of the claims set forth therein, defendants are informed and believe and

8    thereon allege that the state law claims alleged in the Complaint are preempted by the Federal

9    Copyright Act.

10        105.    AS A THIRTEENTH SEPARATE AND DISTINCT DEFENSE TO THE

11    COMPLAINT ON FILE HEREIN, and each of the claims set forth therein, defendants are informed

12    and believe and thereon allege that plaintiff's copyrighted material lacks originality and, thus, is not

13    protected under the Federal Copyright Act.

14        106.    AS A FOURTEENTH SEPARATE AND DISTINCT DEFENSE TO THE

15    COMPLAINT ON FILE HEREIN, and each of the claims set forth therein, defendants are informed

16    and believe and thereon allege that defendants alleged use of plaintiff's work constituted fair use,

17    which bars plaintiffs recovery under the Copyright Act.

18        106.    AS A FIFTEENTH SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT

19    ON FILE HEREIN, and each of the claims set forth therein, defendants are informed and believe and

20    thereon allege that Plaintiff's claim for attorneys' fees under Business & Professions Code § 17200 *et*

21    *seq.* is not authorized by law.

22        107.    AS A SIXTEENTH SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT

23    ON FILE HEREIN, and each of the claims set forth therein, defendants are informed and believe and

24    thereon allege that Plaintiff's claim for punitive damages is not authorized by law.

25        108.    Defendants presently have insufficient knowledge or information on which to form a

26    belief as to whether Defendants may have additional, as yet unstated, defenses available.  Defendants

27    reserve herein the right to assert additional defenses in the event discovery indicates that they would be

28    appropriate.

DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.'S ANSWER TO COMPLAINT

1    **WHEREFORE**, Defendants SHANE BUNTROCK and SANDERS & PARKS, P.C. pray that

2    Plaintiff take nothing by way of their Complaint, and that the Complaint be dismissed and Defendants

3    awarded its costs, including attorneys' fees and such other relief that the Court may deem just and

4    proper.

5    Dated: October 17, 2007

6                                             MURPHY, PEARSON, BRADLEY & FEENEY

7

8                                             By _____
                                              Timothy J. Halloran
9                                             Attorneys for Defendants SHANE BUNTROCK and
                                              SANDERS & PARKS, P.C.

10

11

12   JEF.10391637.doc

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.'S ANSWER TO COMPLAINT

CERTIFICATE OF SERVICE

I, Gloria V. Joyce, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On October 17, 2007, I served the following document(s) on the parties in the within action:

**DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.'S ANSWER TO COMPLAINT**

| XX | **VIA OVERNIGHT SERVICE:**  The above-described document(s) will be delivered by overnight service, to the following: |
|----|------|

Hway-Ling Hsu                                       Attorney For Plaintiff
Bergeson, LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110-2712

Michael L. Meeks                                    Attorney for Co-Defendant
Pepper Hamilton LLP                                 EQUINE.COM
5 Park Plz Ste 1700
Irvine, CA 92614-8503

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on October 17, 2007.

By _____
            Gloria V. Joyce

DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.'S ANSWER TO COMPLAINT