Timothy J. Halloran - 104498
Jason E. Fellner - 245364
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel: (415) 788-1900
Fax: (415) 393-8087

Attorneys for Defendants
SHANE BUNTROCK and SQUIRE & PARKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUINE LEGAL SOLUTIONS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SHANE BUNTROCK, an individual; SANDERS & PARKS, P.C., an Arizona professional corporation; EQUINE.COM, INC., a Delaware corporation,<br><br>    Defendants. | Case No.: C-07-04976-CRB<br><br>**DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.'S NOTICE OF MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT**<br><br>Date:    November 30, 2007<br>Time:    10:00 a.m.<br>Dept.:   8<br><br>DOF:    September 25, 2007 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on the above date, time and place, Defendants SHANE BUNTROCK and SANDERS & PARKS NOTICE OF MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT will be heard in Department 8 of the above-entitled Court. Said motion is based on the ground that (1) Plaintiff cannot recover statutory damages or attorney's fees and costs under the Copyright Act pursuant to 17 U.S.C. §142; (2) Plaintiff cannot recover attorney's fees and costs under the California Unfair Competition Law because Plaintiff cannot show that the litigation will confer "a substantial benefit" upon the general public or a large class of people according to Cal. Civ. Pro. Code § 1021; (3) Plaintiff cannot recover punitive and exemplary damages because Plaintiff has not plead facts showing "malice, oppression, or fraud" pursuant to Cal Civ. Code §3294.

- 1 -

1  The Motion to Strike is based upon the Notice of Motion, the attached Memorandum of Points
2  and Authorities, and upon all papers, records and pleadings on file herein, and such further oral and/or
3  documentary evidence as may be presented at the time of the hearing of this Motion to Strike.
4  DATED: October 17, 2007

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Timothy J. Halloran
Attorneys for Defendants
SHANE BUNTROCK and SQUIRE & PARKS

JEF.10391846.doc

- 2 -

# CERTIFICATE OF SERVICE

I, Gloria V. Joyce, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On October 17, 2007, I served the following document(s) on the parties in the within action:

**DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.'S NOTICE OF MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT**

| XX | **VIA OVERNIGHT SERVICE:** The above-described document(s) will be delivered by overnight service, to the following: |
|----|---|

| | |
|---|---|
| Way Lin-Shy<br>Hway-Ling Hsu<br>Bergeson, LLP<br>303 Almaden Blvd., Suite 500<br>San Jose, CA 95110-2712 | Attorney For Plaintiff |
| Michael L. Meeks<br>Pepper Hamilton LLP<br>5 Park Plz Ste 1700<br>Irvine, CA 92614-8503 | Attorney for Co-Defendant<br>EQUINE.COM |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on October 17, 2007.

By /s/ Gloria V. Joyce
    Gloria V. Joyce