Timothy J. Halloran – 104498
Jason E. Fellner - 245364
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel:  (415) 788-1900
Fax:  (415) 393-8087

Attorneys for Defendants
SHANE BUNTROCK and SANDERS & PARKS, P.C.

ORIGINAL FILED
07 OCT 17 PM 3:36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUINE LEGAL SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHANE BUNTROCK, an individual; SANDERS & PARKS, P.C., an Arizona professional corporation; EQUINE.COM, INC., a Delaware corporation, <br><br> Defendants. | Case No.: C 07-04976 CRB <br><br> **CERTIFICATE OF INTERESTED PARTIES** <br><br> Date: November 30, 2007 <br> Time: 10:00 a.m. <br> Dept.: 8 <br><br> DOF: September 25, 2007 |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 17, 2007

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Timothy J. Halloran
Attorneys for Defendants
SHANE BUNTROCK and SANDERS & PARKS, P.C.

JEF.10391796.doc

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

I, Gloria V. Joyce, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On October 17, 2007, I served the following document(s) on the parties in the within action:

**CERTIFICATE OF INTERESTED PARTIES**

| XX | **VIA OVERNIGHT SERVICE:** The above-described document(s) will be delivered by overnight service, to the following: |
|---|---|

Way Lin-Shy                                    Attorney For Plaintiff
Hway-Ling Hsu
Bergeson, LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110-2712

Michael L. Meeks                              Attorney for Co-Defendant
Pepper Hamilton LLP                           EQUINE.COM
5 Park Plz Ste 1700
Irvine, CA 92614-8503

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on October 17, 2007.

By _____
   Gloria V. Joyce