**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUINE LEGAL SOLUTIONS<br><br>        Plaintiff,<br>   v.<br><br>SHANE BUNTROCK, ET AL.<br>        Defendant._____/ | NO. CV 07-04976 CRB<br><br>**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY AND/OR REGISTER AS AN E-FILER** |

On **October 17, 2007**, counsel for **defendants Shane Buntrock and Sanders & Parks, P.C.** filed an **Answer (document no. 6), Motion to strike (document no. 7), Memorandum of points and authorities in support of motion (document no. 8), Proposed Order and Certificate of Interested Parties (document no. 9)** manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for **defendants Shane Buntrock and Sanders & Parks, P.C.** should submit the **abovementioned documents**, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do *not* e-file a document which has been previously filed on paper, as is the case with the above mentioned

1  filing. All subsequent papers should be e-filed.

3  Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to
4  become an ECF User and be assigned a user ID and password for access to the system upon designation
5  of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users
6  must do so immediately.  Forms and instructions for registering can be found on the Court's Web site
7  at ecf.cand.uscourts.gov.

8  Dated: October 18, 2007                                    Maria Loo
                                                              Deputy Clerk

2