1  Michael L. Meeks, Esq. (State Bar No. 172000)
2  Pepper Hamilton LLP
   5 Park Plaza, Suite 1700
3  Irvine, California  92614
   Telephone:  949.567.3500
4  Fax:  866.777.8799
5  Meeksm@pepperlaw.com

6

7  Attorneys for EQUINE.COM, INC.

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11             SAN FRANCISCO DIVISION

12

   EQUINE LEGAL SOLUTIONS,          Case No.  C07 04976 CRB
13 INC., a California corporation,
                                    [Assigned for all purposes to the Hon.
14            Plaintiff,            Charles R. Breyer, Dept. 8]

15    v.                            ~~PROPOSED~~ ORDER RE
16                                  EXTENSION OF TIME
   SHANE BUNTROCK, an
17 individual; SANDERS & PARK,
   P.C., an Arizona professional
18 corporation; and EQUINE.COM,     Complaint Filed:   September 25, 2007
   INC., a Delaware corporation,    Trial Date:        None set
19
20            Defendant.

21

22

23

24

25     ///

26

27

28

**PROPOSED ORDER RE EXTENSION OF TIME**

1    **IT IS HEREBY ORDERED:**

2

3    That  that Equine.com will have up to and including November 14, 2007 to

4    respond to Equine Legal Solutions' Complaint.

5    Dated:  October 19, 2007 _____

6                                                    Honorable Charles R. Breyer

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



2

PROPOSED ORDER RE EXTENSION OF TIME