1  STEVEN A. ELLENBERG (No. 151489)
   Email: sellenberg@rubyschofield.com
2  RUBY & SCHOFIELD
   125 South Market Street, Suite 1001
3  San Jose, CA 95113
   Telephone:    (408) 998-8500
4  Facsimile:    (408) 998-8503

5  Attorneys for Plaintiff
   EQUINE LEGAL SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| EQUINE LEGAL SOLUTIONS, INC., a California corporation, | Case No. C07-04976 CRB |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF EQUINE LEGAL SOLUTIONS, INC.** |
| vs. | |
| SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation; and EQUINE.COM, INC., a Delaware corporation, | |
| Defendants. | |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff EQUINE LEGAL SOLUTIONS, INC. hereby substitutes Steven A. Ellenberg, Esq., email address: sellenberg@rubyschofield.com, of Ruby & Schofield, 125 South Market Street, Suite 1001, San Jose, California 95113, Telephone: (408) 998-8500, Facsimile: (408) 998-8503, in place and instead of Hway-ling Hsu of Bergeson, LLP, as its attorneys of record in the above-captioned action.

## SUBSTITUTION BASED ON CONSENT

The undersigned consent to the substitution.

DATED: October 30, 2007        EQUINE LEGAL SOLUTIONS, INC.

By: _____
    Rachel Kosmal McCart

DATED: October 31, 2007        BERGESON, LLP

By: _____
    Hway-ling Hsu

DATED: October 30, 2007        RUBY & SCHOFIELD

By: _____
    Steven A. Elfenberg

- 1 -
NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL
CASE NO. C07-04976 CRB