1  Timothy J. Halloran - 104498
   Jason E. Fellner - 245364
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA 94108-5530
   Tel:  (415) 788-1900
4  Fax:  (415) 393-8087

5  Attorneys for
   DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.
6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| EQUINE LEGAL SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation; and EQUINE.COM, Inc., a Delaware corporation,<br><br>Defendants. | Case No.: C07-04976-CRB<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANTS SHANE BUNTROCK AND SANDERS AND PARKS, P.C.'S MOTION TO STRIKE**<br><br>Complaint Filed: September 25, 2007<br>Trial Date: None Set |

## RECITALS

WHEREAS Defendants SHANE BUNTROCK and SANDERS AND PARKS filed a Motion to Strike on October 17, 2007, setting the hearing on their Motion to Strike for November 30, 2007.

WHEREAS Plaintiff EQUINE LEGAL SOLUTIONS, INC. ("ELS") opposition or statement of non-opposition is due on November 6, 2007.

WHEREAS Defendants SHANE BUNTROCK and SANDERS AND PARKS' reply is due on November 13, 2007.

WHEREAS Defendants and Plaintiff have agreed to continue the hearing on the Motion to Strike to January 11, 2008.

WHEREAS Defendants and Plaintiff have agreed that Plaintiff opposition or statement of non-opposition is now due on December 11, 2007.

- 1 -

STIPULATION TO CONTINUE DEFENDANTS SHANE BUNTROCK AND SANDERS AND PARKS, P.C.'S MOTION TO STRIKE

WHEREAS Defendants and Plaintiff have agreed that Defendants reply is now due on December 18, 2007.

### STIPULATION

THEREFORE, it is hereby stipulated by and between the parties below, through their respective attorneys of record, that the hearing on Defendants SHANE BUNTROCK and SANDERS AND PARKS' Motion to Strike be continue to January 11, 2008 at 10:00 a.m in Dept. 8. Plaintiff's opposition or statement of non-opposition is due December 11, 2007. Defendant's reply is due December 18, 2007.

Dated: November 5, 2007

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Jason E. Fellner
Attorneys for
DEFENDANTS SHANE BUNTROCK AND
SANDERS & PARKS, P.C.

Dated: 11/5/07

RUBY & SCHOFIELD

By _____
Steven Ellenberg
Attorneys for
PLAINTIFFS EQUINE LEGAL SOLUTIONS, INC.

### ORDER

IT IS HEREBY ORDERED: That the hearing on Defendants SHANE BUNTROCK and SANDERS AND PARKS' Motion to Strike be continue to January 11, 2008 at 10:00 a.m in Dept. 8. Plaintiff's opposition or statement of non-opposition is due December 11, 2007. Defendant's reply is due December 18, 2007.

Dated:

By _____
HONORABLE CHARLES R. BRYER

JEF.10394053.doc