Michael L. Meeks, Esq. (State Bar No. 172000)
Becky Hsiao (State Bar No. 232361)
Pepper Hamilton LLP
5 Park Plaza, Suite 1700
Irvine, California  92614
Telephone:  949.567.3500
Fax:  866.777.8799
Meeksm@pepperlaw.com

Attorneys for EQUINE.COM, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUINE LEGAL SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation; and EQUINE.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No.  C07 04976 CRB<br><br>[Assigned for all purposes to the Hon. Charles R. Breyer, Dept. 8]<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT EQUINE.COM, INC. TO RESPOND TO PLAINTIFF EQUINE LEGAL SOLUTIONS, INC.'S COMPLAINT**<br><br>Complaint Filed:  September 25, 2007<br>Trial Date:  None set |

**STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT**

### RECITALS

WHEREAS plaintiff EQUINE LEGAL SOLUTIONS, INC. ("ELS") filed a complaint for copyright infringement, breach of contract, intentional interference with prospective economic advantage, conversion and unfair competition in the above-captioned matter on September 25, 2007 ("Complaint");

WHEREAS defendant EQUINE.COM's ("Equine.com") response to the Complaint is due on November 16, 2007;

WHEREAS ELS has agreed to extend the time for to respond to the Complaint.

### STIPULATION

THEREFORE, it is hereby stipulated by and between the parties below, through their respective attorneys of record, that Equine.com will have up to and including **November 30, 2007** to respond to ELS' Complaint.

Dated:        November 5, 2007            RUBY & SCHOFIELD

By: _____
Steven A. Ellenberg
Attorneys for Plaintiff
EQUINE LEGAL SOLUTIONS,
INC.

**[Additional Signature On Following Page]**

**STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT**

1

Dated:        November 5, 2007                PEPPER HAMILTON LLP

2

3                                            By: _____

4                                                MICHAEL L. MEEKS
                                                 BECKY HSIAO
5                                                Attorneys for Defendant
                                                 EQUINE.COM, INC.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                            2

28          **STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT**

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California, am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1700, Irinve, California. I am over the age of 18 and not a party to the action. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.

On the date set forth below, I served the foregoing documents described as **Stipulation Re Extension of Time for Defendant Equine.Com, Inc. to Respond to Plaintiff Equine Legal Solutions, Inc.'s Complaint** on all interested parties in this action by placing [  ] the original [  ] a true copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| Steven A. Ellenberg<br>Ruby & Schofield<br>125 South Market Street, Suite 1001<br>San Jose, CA 95113<br>sellenberg@rubyschofield.com<br><br>*Attorney for Plaintiff: Equine Legal Solutions Inc.* | Timothy J. Halloran<br>Jason Fellner<br>Murphy, Pearson, Bradley & Feeney<br>88 Kearny Street, 10th Floor<br>San Francisco, CA 94108<br>Jfellner@mpbf.com<br><br>*Attorneys for Defendant: Shane Buntrock and Sanders & Parks P.C.* |

[ X ]  *MAIL*

[ X ]  **STATE** - I am "readily familiar" with Pepper Hamilton's practice of collection and processing of correspondence for mailing. Under that practice the envelope would be deposited with the U.S. Postal Service at Irvine, California, on that same date with postage thereon fully prepaid and in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

[  ]  **FEDERAL** - I deposited such envelope in the U.S. Mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid.

[ X ]  *BY E-MAIL OR CM/EFC ELECTRONIC TRANSMISSION* – Based on a court order or Case Management/Electronic Case Filing System, the parties agree to accept service by e-mail or electronic transmission. I caused the documents to be sent to the e-mail address of the addressee(s) via CM/ECF court system.

[ X ]  *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[  ]  *(Federal)* I declare under penalty of perjury under the laws of United States of America that the above is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.
Executed on November 6, 2007, at Irvine, California.

RAQUEL MORENO