| | |
|---|---|
| 1 | Michael L. Meeks, Esq. (State Bar No. 172000) |
| 2 | Becky Hsiao (State Bar No. 232361) |
|   | Pepper Hamilton LLP |
| 3 | 5 Park Plaza, Suite 1700 |
| 4 | Irvine, California 92614 |
|   | Telephone: 949.567.3500 |
| 5 | Fax: 866.777.8799 |
| 6 | Meeksm@pepperlaw.com |
| 7 | |
|   | Attorneys for EQUINE.COM, INC. |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 13 | EQUINE LEGAL SOLUTIONS, INC., a California corporation, | Case No. C07 04976 CRB |
| 14 | | |
| 15 | Plaintiff, | [Assigned for all purposes to the Hon. Charles R. Breyer, Dept. 8] |
| 16 | v. | **STIPULATION RE EXTENSION OF TIME FOR DEFENDANT EQUINE.COM, INC. TO RESPOND TO PLAINTIFF EQUINE LEGAL SOLUTIONS, INC.'S COMPLAINT** |
| 17 | SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation; and EQUINE.COM, INC., a Delaware corporation, | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | Defendant. | Complaint Filed: September 25, 2007 |
|    |            | Trial Date: None set |

**STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT**

## RECITALS

WHEREAS plaintiff EQUINE LEGAL SOLUTIONS, INC. ("ELS") filed a complaint for copyright infringement, breach of contract, intentional interference with prospective economic advantage, conversion and unfair competition in the above-captioned matter on September 25, 2007 ("Complaint");

WHEREAS defendant EQUINE.COM's ("Equine.com") response to the Complaint is due on November 16, 2007;

WHEREAS ELS has agreed to extend the time for to respond to the Complaint.

## STIPULATION

THEREFORE, it is hereby stipulated by and between the parties below, through their respective attorneys of record, that Equine.com will have up to and including **November 30, 2007** to respond to ELS' Complaint.

Dated:    November 5, 2007            RUBY & SCHOFIELD

By: _____
Steven A. Ellenberg
Attorneys for Plaintiff
EQUINE LEGAL SOLUTIONS, INC.

**[Additional Signature On Following Page]**

**STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Dated:    November 5, 2007                    PEPPER HAMILTON LLP

By: /s/ Becky Hsiao
MICHAEL L. MEEKS
BECKY HSIAO
Attorneys for Defendant
EQUINE.COM, INC.

November 7, 2007



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

**STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT**