1  STEVEN A. ELLENBERG (No. 151489)
   Email: sellenberg@rubyschofield.com
2  RUBY & SCHOFIELD
   125 South Market Street, Suite 1001
3  San Jose, CA 95113
   Telephone:  (408) 998-8500
4  Facsimile:   (408) 998-8503

5  Attorneys for Plaintiff
   EQUINE LEGAL SOLUTIONS, INC.
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11

12  EQUINE LEGAL SOLUTIONS, INC.,          Case No. C07-04976 CRB
    a California corporation,
13                                         NOTICE OF APPEARANCE AND
                            Plaintiff,     SUBSTITUTION OF COUNSEL FOR
14                                         PLAINTIFF EQUINE LEGAL
        vs.                                SOLUTIONS, INC.
15
    SHANE BUNTROCK, an individual; SANDERS
16  & PARK, P.C., an Arizona professional
    corporation; and EQUINE.COM, INC., a
17  Delaware corporation,

18                          Defendants.
19

20

21  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

22      PLEASE TAKE NOTICE that plaintiff EQUINE LEGAL SOLUTIONS, INC. hereby

23  substitutes Steven A. Ellenberg, Esq., email address: sellenberg@rubyschofield.com, of Ruby &

24  Schofield, 125 South Market Street, Suite 1001, San Jose, California 95113, Telephone: (408)

25  998-8500, Facsimile: (408) 998-8503, in place and instead of Hway-ling Hsu of Bergeson, LLP,

26  as its attorneys of record in the above-captioned action.

27
28

---
NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL
CASE NO. C07-04976 CRB

## SUBSTITUTION BASED ON CONSENT

The undersigned consent to the substitution.

DATED: November 7, 2007

EQUINE LEGAL SOLUTIONS, INC.

By: _/s/ Rachel Kosmal McCart_
    Rachel Kosmal McCart

DATED: November 7, 2007

BERGESON, LLP

By: _/s/ Hway-ling Hsu_
    Hway-ling Hsu

DATED: November 7, 2007

RUBY & SCHOFIELD

By: _/s/ Steven A. Ellenberg_
    Steven A. Ellenberg

SO ORDERED.

DATED: _____, 2007

By: _____
The Honorable Charles R. Breyer
United States District Judge