1  STEVEN A. ELLENBERG (No. 151489)
   Email: sellenberg@rubyschofield.com
2  RUBY & SCHOFIELD
   125 South Market Street, Suite 1001
3  San Jose, CA 95113
   Telephone:  (408) 998-8500
4  Facsimile:   (408) 998-8503

5  Attorneys for Plaintiff
   EQUINE LEGAL SOLUTIONS, INC.
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN FRANCISCO DIVISION
11

12 | EQUINE LEGAL SOLUTIONS, INC.,      | Case No. C07-04976 CRB
13 | a California corporation,           |
   |                                      | NOTICE OF APPEARANCE AND
14 |                          Plaintiff, | SUBSTITUTION OF COUNSEL FOR
   |                                      | PLAINTIFF EQUINE LEGAL
15 | vs.                                  | SOLUTIONS, INC.
   |                                      |
16 | SHANE BUNTROCK, an individual; SANDERS
   | & PARK, P.C., an Arizona professional
17 | corporation; and EQUINE.COM, INC., a
   | Delaware corporation,
18 |                          Defendants.
19

20

21     TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

22     PLEASE TAKE NOTICE that plaintiff EQUINE LEGAL SOLUTIONS, INC. hereby

23 substitutes Steven A. Ellenberg, Esq., email address: sellenberg@rubyschofield.com, of Ruby &

24 Schofield, 125 South Market Street, Suite 1001, San Jose, California 95113, Telephone: (408)

25 998-8500, Facsimile: (408) 998-8503, in place and instead of Hway-ling Hsu of Bergeson, LLP,

26 as its attorneys of record in the above-captioned action.

27

28

NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL
CASE NO. C07-04976 CRB

## SUBSTITUTION BASED ON CONSENT

The undersigned consent to the substitution.

DATED: November 7, 2007

EQUINE LEGAL SOLUTIONS, INC.

By: _____
Rachel Kosmal McCart

DATED: November 7, 2007

BERGESON, LLP

By: _____
Hway-ling Hsu

DATED: November 7, 2007

RUBY & SCHOFIELD

By: _____
Steven A. Ellenberg

SO ORDERED.

DATED: Nov. 16, 2007

By: _____
The Honorable
United

IT IS SO ORDERED
Judge Charles R. Breyer