Michael L. Meeks, Esq. (State Bar No. 172000)
Pepper Hamilton LLP
5 Park Plaza, Suite 1700
Irvine, California 92614
Telephone: 949.567.3500
Fax: 866.777.8799
Meeksm@pepperlaw.com

Attorneys for PRIMEDIA ENTHUSIAST PUBLICATIONS, INC., erroneously sued as EQUINE.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUINE LEGAL SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation; and EQUINE.COM, INC., a Delaware corporation,<br><br>Defendants. | Case No. C07 04976 CRB<br><br>[Assigned for all purposes to the Hon. Charles R. Breyer, Dept. 8]<br><br>**DEFENDANT PRIMEDIA ENTHUSIAST PUBLICATIONS, INC.'S (ERRONEOUSLY SUED AS EQUINE.COM, INC.) NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>[PROPOSED ORDER SUBMITTED CONCURRENTLY HEREWITH]<br><br>Date: January 11, 2008<br>Time: 10:00 a.m.<br>Dept.: 8 |

1

NOTICE OF MOTION AND MOTION TO STRIKE

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on January 11, 2008 at 10:00 a.m. in Department 8 of the above-entitled court, defendant Primedia Enthusiast Publications, Inc., erroneously sued as Equine.com, Inc. ("Defendant"), will and does hereby move the Court for an order striking the following portions of plaintiff Equine Legal Solutions, Inc.'s ("Plaintiff") complaint ("Complaint"):

- Complaint page 14, Prayer for relief number 3: "For award of . . . statutory damages . . .:;
- Complaint page 14, Prayer for relief number 4: "For punitive and/or exemplary damages according to proof at trial";
- Complaint page 15, Prayer for relief number 5: "For attorney fees, costs of suit . . . as provided under applicable law . . ."

Defendant's motion is based on the ground that (1) Plaintiff cannot recover statutory damages or attorneys' fees and costs under the Copyright Act pursuant to Title 17, United States Code, section 142; (2) Plaintiff cannot recover attorneys' fees and costs under the California Unfair Competition Law because Plaintiff cannot show that the litigation will confer "a substantial benefit" upon the general public or a large class of people according to California Code of Civil Procedure, section 1021; (3) Plaintiff cannot recover punitive and exemplary damages because Plaintiff has not plead facts showing "malice, oppression, or fraud" pursuant to California Civil Code section 3294.

1  This motion to strike is base upon this notice of motion and motion, the
2  accompanying opening memorandum, and any papers filed in connection with the
3  demurrer, any oral argument, any matters of which the Court may properly take
4  judicial notice, including the files and records of the Court, and any other matters
5  properly before this Court.

Dated:    November 30, 2007            PEPPER HAMILTON LLP


                                       By:_____/s/_____
                                          MICHAEL L. MEEKS
                                          Attorneys for PRIMEDIA
                                          ENTHUSIAST PUBLICATIONS,
                                          INC., erroneously sued as
                                          EQUINE.COM, INC.

3

NOTICE OF MOTION AND MOTION TO STRIKE

## PROOF OF SERVICE

1
2          I am employed in the County of Orange, State of California, am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1700, Irvine, California. I am over the age of 18 and not a party to the action. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.

On the date set forth below, I served the foregoing documents described as **Defendant Primedia Enthusiast Publications, Inc.'s (Erroneously Sued As Equine.Com, Inc.) Notice of Motion and Motion to Strike Portions of Plaintiff's Complaint; Memorandum of Points and Authorities in Support Thereof** on all interested parties in this action by placing [ ] the original [ x ] a true copy thereof in a sealed envelope addressed as follows:

| Steven A. Ellenberg<br>Ruby & Schofield<br>125 South Market Street, Suite 1001<br>San Jose, CA 95113<br>sellenberg@rubyschofield.com<br><br>*Attorney for Plaintiff: Equine Legal Solutions Inc.* | Timothy J. Halloran<br>Jason Fellner<br>Murphy, Pearson, Bradley & Feeney<br>88 Kearny Street, 10th Floor<br>San Francisco, CA 94108<br>Jfellner@mpbf.com<br><br>*Attorneys for Defendant: Shane Buntrock and Sanders & Parks P.C.* |
|---|---|

[ X ]   **MAIL**
  [ X ]   **STATE** - I am "readily familiar" with Pepper Hamilton's practice of collection and processing of correspondence for mailing. Under that practice the envelope would be deposited with the U.S. Postal Service at Irvine, California, on that same date with postage thereon fully prepaid and in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.
  [ ]   **FEDERAL** - I deposited such envelope in the U.S. Mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid.
[ X ]   ***BY E-MAIL OR CM/EFC ELECTRONIC TRANSMISSION*** – Based on a court order or Case Management/Electronic Case Filing System, the parties agree to accept service by e-mail or electronic transmission. I caused the documents to be sent to the e-mail address of the addressee(s) via CM/ECF court system.

[ X ]   (*State*) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]   (*Federal*) I declare under penalty of perjury under the laws of United States of America that the above is true and correct.

          I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.
Executed on November 30, 2007, at Irvine, California.

RAQUEL MORENO

**PROOF OF SERVICE**