Michael L. Meeks, Esq. (State Bar No. 172000)
Pepper Hamilton LLP
5 Park Plaza, Suite 1700
Irvine, California 92614
Telephone: 949.567.3500
Fax: 866.777.8799
Meeksm@pepperlaw.com

Attorneys for PRIMEDIA ENTHUSIAST PUBLICATIONS, INC., erroneously sued as EQUINE.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUINE LEGAL SOLUTIONS, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation; and EQUINE.COM, INC., a Delaware corporation,<br><br>        Defendants. | Case No. C07 04976 CRB<br><br>[Assigned for all purposes to the Hon. Charles R. Breyer, Dept. 8]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PRIMEDIA ENTHUSIAST PUBLICATIONS, INC.'S (ERRONEOUSLY SUED AS EQUINE.COM, INC.) MOTION TO STRIKE**<br><br>Date: January 11, 2008<br>Time: 10:00 a.m.<br>Dept.: 8 |

1  Defendant PRIMEDIA ENTHUSIAST PUBLICATIONS, INC.'s
2  (erroneously sued as Equine.com) Motion to Strike came on regularly for hearing
3  on the above captioned date, location and time.  After a full and complete
4  consideration of the evidence, authorities submitted by counsel the Court GRANTS
5  Defendant's motion to strike for the following reasons.
6  Plaintiff Equine Legal Solutions, Inc. ("Plaintiff") cannot recover statutory
7  damages or attorneys' fees and costs under the Copyright Act pursuant to 17 U.S.C.
8  §142.  Because Plaintiff failed to register with the Copyright Office prior to the
9  alleged infringement and the registration did not take place within the three month
10  grace period after Plaintiff first published the legal forms, Plaintiff cannot recover
11  statutory damages or attorneys' fees.  <u>Oddo v. Ries</u> 743 F.2d 630, <u>Getaped.com v.
12  Cangemi,</u> 188 F.Supp. 2d 398, 400 (S.D.N.Y. 2002).  As a result, the Court
13  GRANTS Defendant's Motion to Strike as to the statutory damages and attorneys'
14  fees and costs alleged under the Copyright Act in Plaintiff's Complaint.
15  Plaintiff also cannot recover attorneys' fees and costs under the California
16  Unfair Competition Law because Plaintiff cannot show that the litigation will
17  confer "a substantial benefit" upon the general public or a large class of people
18  according to Cal. Civ. Pro. Code § 1021.  <u>Walker v. Countrywide Home Loans,
19  Inc.,</u> 98 Cal. App.4th 1158, 1179 (2d Dist. 2002), <u>Jackson v. Surkie,</u> 255 F. Supp. 2d
20  1096, 1107-1108 (N.D. Cal. 2003.).  Consequently, the Court GRANTS
21  Defendant's Motion to Strike as to the attorneys' fees and costs alleged under the
22  California Unfair Competition Law in Plaintiff's Complaint.
23
24
25  ///
26  ///
27  ///
28

1     Plaintiff cannot recover punitive and exemplary damages because Plaintiff has not and cannot plead facts showing "malice, oppression, or fraud" pursuant to Cal. Civ. Code § 3294. As a result, the Court GRANTS Defendant's Motion to Strike as to the punitive and exemplary damages alleged in Plaintiff's Complaint.

GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.

DATED: _____

                                                   Honorable Charles R. Breyer

## PROOF OF SERVICE

I am employed in the County of Orange, State of California, am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1700, Irvine, California. I am over the age of 18 and not a party to the action. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.

On the date set forth below, I served the foregoing documents described as **[Proposed] Order Granting Defendant Primedia Enthusiast Publications, Inc.'s (Erroneously Sued As Equine.Com, Inc.) Motion to Strike** on all interested parties in this action by placing [ ] the original [ x ] a true copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| Steven A. Ellenberg<br>Ruby & Schofield<br>125 South Market Street, Suite 1001<br>San Jose, CA 95113<br>sellenberg@rubyschofield.com<br><br>*Attorney for Plaintiff: Equine Legal Solutions Inc.* | Timothy J. Halloran<br>Jason Fellner<br>Murphy, Pearson, Bradley & Feeney<br>88 Kearny Street, 10th Floor<br>San Francisco, CA 94108<br>Jfellner@mpbf.com<br><br>*Attorneys for Defendant: Shane Buntrock and Sanders & Parks P.C.* |

[ X ]  **MAIL**
  [ X ]  **STATE** - I am "readily familiar" with Pepper Hamilton's practice of collection and processing of correspondence for mailing. Under that practice the envelope would be deposited with the U.S. Postal Service at Irvine, California, on that same date with postage thereon fully prepaid and in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.
  [ ]  **FEDERAL** - I deposited such envelope in the U.S. Mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid.

[ X ]  **BY E-MAIL OR CM/EFC ELECTRONIC TRANSMISSION** – Based on a court order or Case Management/Electronic Case Filing System, the parties agree to accept service by e-mail or electronic transmission. I caused the documents to be sent to the e-mail address of the addressee(s) via CM/ECF court system.

[ X ]  (*State*) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]  (*Federal*) I declare under penalty of perjury under the laws of United States of America that the above is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.
Executed on November 30, 2007, at Irvine, California.

_____
RAQUEL MORENO