Timothy J. Halloran - 104498
Jason E. Fellner - 245364
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel: (415) 788-1900
Fax: (415) 393-8087

Attorneys for
CROSS-DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUINE LEGAL SOLUCTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation; and EQUINE.COM, Inc., a Delaware corporation,<br><br>Defendants. | Case No.: C07-04976-CRB<br><br>[Assigned for all purposes to the Hon. Charles R. Breyer, Dept. 8.]<br><br>STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS SHANE BUNTROCK AND SANDERS AND PARKS TO RESPOND TO CROSS-COMPLAINANT PRIMEDIA'S CROSS-COMPLAINT |
| PRIMEDIA ENTHUSIAST PUBLICATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation | |

**RECITALS**

WHEREAS CROSS-COMPLAINANT PRIMEDIA ENTHUSIAST PUBLICATIONS, INC. ('PRIMEDIA") filed a Cross-Claim for equitable indemnity, apportionment of fault, and professional negligence in the above captioned matter on November 30, 2007.

WHEREAS CROSS-DEFENDANTS SHANE BUNTROCK AND SANDERS AND PARKS

response to the Complaint is due on January 2, 2008;

WHEREAS PRIMEDIA has agreed to extend the time for SHANE BUNTROCK AND SANDERS AND PARKS to respond to the Cross-Claim.

**STIPULATION**

THEREFORE, it is hereby stipulated by and between the parties below, through their respective attorneys of record, that Cross-Defendants SHANE BUNTROCK and SANDERS AND PARKS will have up to and including **February 2, 2008** to respond to PRIMEDIA'S Cross-Claim.

Dated: December 21, 2007

MURPHY, PEARSON, BRADLEY & FEENEY

By ______________________
Jason E. Fellner
Attorneys for
CROSS-DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.

Dated:

PEPPER HAMILTON LLP

By ______________________
Michael L. Meeks
Attorneys for
CROSS-COMPLAINANT PRIMEDIA ENTHUSIAST PUBLICATIONS, INC.

**ORDER**

IT IS HEREBY ORDERED: With good cause appearing, Cross-Defendants SHANE BUNTROCK and SANDERS AND PARKS will have up to and including **February 2, 2008** to respond to PRIMEDIA'S Cross-Claim.

Dated:

By ______________________
HONORABLE CHARLES R. BREYER

JEF.10399702.doc

# CERTIFICATE OF SERVICE

I, Tanya L. Graham, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On December 27, 2007, I served the following document(s) on the parties in the within action:

STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS SHANE BUNTROCK AND SANDERS AND PARKS TO RESPOND TO CROSS-COMPLAINANT PRIMEDIA'S CROSS-COMPLAINT

| | |
|---|---|
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by ______________________, addressed as follows: |
| | **VIA FACSIMILE**: The above-described document(s) will be transmitted via facsimile, and a copy of same will be mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

Michael L. Meeks
Pepper Hamilton LLP
5 Park Plz, Ste 1700
Irvine, CA 92614-8503

Attorney For EQUINE.COM

Steven A. Ellenberg
Ruby & Schofield
125 South Market Street, Suite 1001
San Jose, CA 95113

Attorney For Plaintiff EQUINE LEGAL SOLUTIONS, INC.,

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on December 27, 2007.

By ______________________
Tanya L. Graham