STEVEN A. ELLENBERG (No. 151489)
Email: sellenberg@rubyschofield.com
RUBY & SCHOFIELD
125 South Market Street, Suite 1001
San Jose, CA 95113
Telephone: (408) 998-8500
Facsimile: (408) 998-8503

Attorneys for Plaintiff
EQUINE LEGAL SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUINE LEGAL SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation; and EQUINE.COM, INC., a Delaware corporation,<br><br>Defendants. | Case No. C07-04976 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel for the parties report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in mediation (ADR L.R. 6).

The parties agree to hold the ADR session by February 29, 2008.

DATED: December 21, 2007

RUBY & SCHOFIELD

By: _____
Steven A. Ellenberg
Attorneys for Plaintiff
Equine Legal Solutions, Inc.

-1-

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 27, 2007 | MURPHY PEARSON BRADLEY & FEENEY |
| 3 | | By: /s/ Jason E. Fellner |
| 4 | | Attorney for Defendants Sanders & Parks and Shane Buntrock |
| 5 | | |
| 6 | DATED: December 27, 2007 | PEPPER HAMILTON |
| 7 | | By: /s/ Michael L. Meeks |
| 8 | | Attorneys for Defendant Primedia Enthusiast Publications, Inc. |

## [PROPOSED ORDER]

Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation. The mediation shall occur no later than February 29, 2008.

**IT IS SO ORDERED.**

Dated: _____                            _____
                                                 U.S. DISTRICT COURT JUDGE

- 2 -

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS