Timothy J. Halloran - 104498
Jason E. Fellner - 245364
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Tel:   (415) 788-1900
Fax:   (415) 393-8087

Attorneys for
DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUINE LEGAL SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation; and EQUINE.COM, Inc., a Delaware corporation,<br><br>Defendants. | Case No.: C07-04976-CRB<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS/ADR CERTIFICATION |

///

///

///

STIPULATION AND ORDER SELECTING ADR PROCESS/ADR CERTIFICATIONStipulation And Order Selecting Adr Process/Adr Certification

**United States District Court**
For the Northern District of California

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: 12/21/07    _Kathie McCart for Equine Legal Solutions Inc._
[Typed name and signature of plaintiff]

Dated: 12/21/07    _[signature]_
[Typed name and signature of counsel for plaintiff]

Ruby & Schofied

Dated: 12-27-07    _[signature]_
[Typed name and signature of defendant]
Jeff C. Jacobson For
Sanders & Parks

Dated: 12/27/07    _[signature]_
[Typed name and signature of counsel for defendant]
Jason E. Pelner
Murphy, Pearson, Bradley & Feeney

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
2

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: 12/21/07    _Rachel Millant for Esquire Legal Solutions, Inc._
[Typed name and signature of plaintiff]

Dated: 12/21/07    _[signature]_
[Typed name and signature of counsel for plaintiff]

Ruby & Schofield

Dated: 12/28/07    _[signature]_
[Typed name and signature of defendant]
Shane Buntrock

Dated: 12/28/07    _[signature]_
[Typed name and signature of counsel for defendant]
Jason E. Fellner for
Murphy, Pearson, Bradley & Feeney

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
2

CERTIFICATE OF SERVICE

I, Tanya L. Graham, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On December 28, 2007, I served the following document(s) on the parties in the within action:

**STIPULATION AND ORDER SELECTING ADR PROCESS/ADR CERTIFICATION**

| | |
|---|---|
| X | **BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
| | **BY HAND:** The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE:** The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following:: |
| | **VIA OVERNIGHT SERVICE:** The above-described document(s) will be delivered by overnight service, to the following: |

Michael L. Meeks                                      Attorney For EQUINE.COM
Pepper Hamilton LLP
5 Park Plz, Ste 1700
Irvine, CA 92614-8503

Steven A. Ellenberg                                  Attorney For Plaintiff EQUINE LEGAL
Ruby & Schofield                                       SOLUTIONS, INC.,
125 South Market Street, Suite 1001
San Jose, CA 95113

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on December 28, 2007.

By _____
        Tanya L. Graham/

- 1 -