1  Timothy J. Halloran - 104498
   Jason E. Fellner - 245364
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA 94108-5530
   Tel:   (415) 788-1900
4  Fax:   (415) 393-8087

5  Attorneys for
   CROSS-DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                SAN FRANCISCO DIVISION

10

11 EQUINE LEGAL SOLUCTIONS, INC., a           Case No.: C07-04976-CRB
   California corporation,
12                                            [Assigned for all purposes to the Hon. Charles
           Plaintiff,                         R. Breyer, Dept. 8.]
13
   v.
14                                            STIPULATION RE EXTENSION OF TIME
   SHANE BUNTROCK, an individual; SANDERS    FOR DEFENDANTS SHANE BUNTROCK
15 & PARK, P.C., an Arizona professional      AND SANDERS AND PARKS TO RESPOND
   corporation; and EQUINE.COM, Inc., a Delaware  TO CROSS-COMPLAINANT PRIMEDIA'S
16 corporation,                               CROSS-COMPLAINT

17         Defendants.

18 PRIMEDIA ENTHUSIAST PUBLICATIONS,
   INC.
19
           Plaintiff,
20
   v.
21
   SHANE BUNTROCK, an individual; SANDERS
22 & PARK, P.C., an Arizona professional
   corporation
23

24                                **RECITALS**

25         WHEREAS CROSS-COMPLAINANT PRIMEDIA ENTHUSIAST PUBLICATIONS, INC.

26 ('PRIMEDIA") filed a Cross-Claim for equitable indemnity, apportionment of fault, and professional

27 negligence in the above captioned matter on November 30, 2007.

28         WHEREAS CROSS-DEFENDANTS SHANE BUNTROCK AND SANDERS AND PARKS
- 1 -

1  response to the Complaint is due on January 2, 2008;

2  WHEREAS PRIMEDIA has agreed to extend the time for SHANE BUNTROCK AND
3  SANDERS AND PARKS to respond to the Cross-Claim.

4  **STIPULATION**

5  THEREFORE, it is hereby stipulated by and between the parties below, through their
6  respective attorneys of record, that Cross-Defendants SHANE BUNTROCK and SANDERS AND
7  PARKS will have up to and including **February 2, 2008** to respond to PRIMEDIA'S Cross-Claim.

8  Dated: December 21, 2007

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Jason E. Fellner
Attorneys for
CROSS-DEFENDANTS SHANE BUNTROCK AND
SANDERS & PARKS, P.C.

13 Dated:

PEPPER HAMILTON LLP

By _____
Michael L. Meeks
Attorneys for
CROSS-COMPLAINANT PRIMEDIA
ENTHUSIAST PUBLICATIONS, INC.

**ORDER**

20  IT IS HEREBY ORDERED: With good cause appearing, Cross-Defendants SHANE
21  BUNTROCK and SANDERS AND PARKS will have up to and including **February 2, 2008** to
22  respond to PRIMEDIA'S Cross-Claim.

23  Dated: December 28, 2007

By _____
HONORABLE _____ BREYER

IT IS SO ORDERED
Judge Charles R. Breyer

26  JEF.10399702.doc

CERTIFICATE OF SERVICE

I, Tanya L. Graham, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On December 27, 2007, I served the following document(s) on the parties in the within action:

STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS SHANE BUNTROCK AND SANDERS AND PARKS TO RESPOND TO CROSS-COMPLAINANT PRIMEDIA'S CROSS-COMPLAINT

| | |
|---|---|
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**: The above-described document(s) will be transmitted via facsimile, and a copy of same will be mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

Michael L. Meeks  
Pepper Hamilton LLP  
5 Park Plz, Ste 1700  
Irvine, CA 92614-8503  

Attorney For EQUINE.COM

Steven A. Ellenberg  
Ruby & Schofield  
125 South Market Street, Suite 1001  
San Jose, CA 95113  

Attorney For Plaintiff EQUINE LEGAL SOLUTIONS, INC.,

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on December 27, 2007.

By _____  
Tanya L. Graham

- 3 -

Stipulation Re Extension Of Time For Defendants Shane Buntrock And Sanders And Parks To Respond To Cross-Complainant Primedia's Cross-Complaint