STEVEN A. ELLENBERG (No. 151489)
Email: sellenberg@rubyschofield.com
RUBY & SCHOFIELD
125 South Market Street, Suite 1001
San Jose, CA 95113
Telephone:   (408) 998-8500
Facsimile:   (408) 998-8503

Attorneys for Plaintiff
EQUINE LEGAL SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUINE LEGAL SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation; and EQUINE.COM, INC., a Delaware corporation,<br><br>Defendants. | Case No. C07-04976 CRB<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel for the parties report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in mediation (ADR L.R. 6).

The parties agree to hold the ADR session by February 29, 2008.

DATED: December 21, 2007         RUBY & SCHOFIELD

                                  By: _____
                                      Steven A. Ellenberg
                                      Attorneys for Plaintiff
                                      Equine Legal Solutions, Inc.

- 1 -

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 27, 2007 | MURPHY PEARSON BRADLEY & FEENEY |
| 3 | | By: _____ |
| 4 | | Jason E. Fellner |
| | | Attorney for Defendants |
| 5 | | Sanders & Parks and Shane Buntrock |
| 6 | DATED: December 27, 2007 | PEPPER HAMILTON |
| 7 | | By: _____ |
| | | Michael L. Meeks |
| 8 | | Attorneys for Defendant |
| | | Primedia Enthusiast Publications, Inc. |

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation. The mediation shall occur no later than February 29, 2008.

**IT IS SO ORDERED,**

Dated: December 28, 2007

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS