STEVEN A. ELLENBERG (No. 151489)
125 South Market Street, Suite 1001
San Jose, CA 95113
Telephone: (408) 998-8500
Facsimile: (408) 998-8503

Attorneys for Plaintiff
EQUINE LEGAL SOLUTIONS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUINE LEGAL SOLUTIONS, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation; and EQUINE.COM, INC., a Delaware corporation, <br><br> Defendants. | Case No. C07-04976 CRB <br><br> **JOINT CASE MANAGEMENT STATEMENT** <br><br> DATE: January 11, 2008 <br> TIME: 8:30 a.m. <br> DEPT: 8 <br> JUDGE: Hon. Charles Breyer |

The parties to the above-entitled action jointly submit this Case Management Statement and request that the Court issue a Case Management Order that resolves the issues raised by this Statement.

**DESCRIPTION OF CASE**

1.  A brief description of the events underlying the action: Plaintiff Equine Legal Services ("ELS" or "plaintiff") is a firm that provides equine related legal services, in particular ELS licenses for a fee copyrighted legal forms for use in equine transactions. Defendant Primedia Enthusiast Publications sued as Equine.com, Inc. ("Primedia") operates a website called Equine.Com that sells and displays equine related services, merchandise and advertising. Defendant Shane Buntrock is an attorney who during the relevant times practiced with defendant law firm Sanders & Park (collectively referred to as "Lawyers").

JOINT CASE MANAGEMENT STATEMENT                                                                                                                    1

ELS alleges that defendants purchased ELS' copyrighted legal forms and in doing so agreed to comply with the restrictions on use. ELS alleges that in violation of their contractual agreements and federal copyright law, Primedia posted ELS legal forms on its website for a period of time causing damages to ELS.

Primedia has counterclaimed against the Lawyers for indemnity and professional negligence. Primedia denies that it violated any copyright and denies that it, or anyone acting on its behalf or as its agent, purchased ELS' copyrighted legal forms. Primedia further asserts that neither it, nor anyone acting on its behalf or as its agent, entered into any contractual arrangement with ELS. Finally, Primedia asserts that, at no time, were ELS's legal forms posted on its website and that there was no copyright violation.

2. The principal factual issues which the parties dispute:
   a. The amount of damages suffered by plaintiff;
   b. The extent of defendants' unjust enrichment.
   c. Whether the Lawyers entered into any agreement with ELS on behalf of Primedia.
   d. The originality of the alleged copyrighted material.
   e. The fair use of plaintiff's materials.

3. The principal legal issues which the parties dispute:
   a. Whether plaintiff can recover punitive damages and/or attorneys fees for the claims alleged in the Complaint..

4. The other factual issues which remain unresolved for the reason stated below and how the parties propose to resolve those issues: The extent to which forms containing plaintiff's protected material were downloaded from the Equine.Com website. Plaintiff anticipates serving written discovery to obtain this information.

5. The parties which have not been served and the reasons: None.

6. The additional parties which the below-specified parties intend to join and the intended time frame for such joinder: None.

JOINT CASE MANAGEMENT STATEMENT                                              2

7.    The following parties consent to assignment of this case to a United States Magistrate Judge for trial: Defendants do not consent.

### ALTERNATIVE DISPUTE RESOLUTION

8.    The parties filed a Stipulation for Mediation and the Court has ordered mediation no later than February 29, 2008.

9.    Please indicate any other information regarding ADR process or deadline. Defendants Shane Buntrock and Sanders and Parks would like mediation to take place on any one of the following dates: February 26, 2008, February 27, 2008, or February 29, 2008.

### DISCLOSURES

10.    The parties certify that they have made the following disclosures: The parties have agreed to complete Initial Disclosures no later than January 18, 2008.

### DISCOVERY

11.    The parties agree to the following discovery plan: The parties agree to abide by the limits on discovery imposed by the Federal Rules of Civil Procedure and any and all applicable local rules.

### TRIAL SCHEDULE

12.    The parties request a trial date in September 2008.

13.    The parties expect that the trial will last for the following number of days: Plaintiff believes that trial can be completed in 3-5 days. Defendants believe that trial may take longer (8-10 days) unless the Primedia cross-complaint is tried separately. Plaintiff objects to any bifurcation.

DATED: January 4, 2008           By: _____
                                                            Steven A. Ellenberg
                                                            Attorneys for Plaintiff
                                                            Equine Legal Solutions, Inc.

DATED: January 4, 2009           MURPHY PEARSON BRADLEY & FEENEY

                                                             By: _____
                                                            Jason E. Fellner
                                                            Attorney for Defendants
                                                            Sanders & Park and Shane Buntrock

# CERTIFICATE OF SERVICE

I, Tanya L. Graham, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On January 7, 2008, I served the following document(s) on the parties in the within action:

**JOINT CASE MANAGEMENT STATEMENT**

|   |   |
|---|---|
| X | **BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
|   | **BY HAND:** The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
|   | **VIA FACSIMILE:** The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following:: |
|   | **VIA OVERNIGHT SERVICE:** The above-described document(s) will be delivered by overnight service, to the following: |

Michael L. Meeks  
Pepper Hamilton LLP  
5 Park Plz, Ste 1700  
Irvine, CA 92614-8503

Attorney For EQUINE.COM

Steven A. Ellenberg  
Ruby & Schofield  
125 South Market Street, Suite 1001  
San Jose, CA 95113

Attorney For Plaintiff EQUINE LEGAL SOLUTIONS, INC.,

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on January 7, 2008.

By _____  
Tanya L. Graham

- 1 -