M. Kelly Tillery, Esq.*
Michael L. Meeks, Esq. (State Bar No. 172000)
Pepper Hamilton LLP
5 Park Plaza, Suite 1700
Irvine, California  92614
Telephone:  949.567.3500
Fax:  866.777.8799
Meeksm@pepperlaw.com
Tilleryk@pepperlaw.com

Attorneys for PRIMEDIA ENTHUSIAST
PUBLICATIONS, INC., erroneously sued as
EQUINE.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUINE LEGAL SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation; and EQUINE.COM, INC., a Delaware corporation,<br><br>Defendants. | Case No.  C07 04976 CRB<br><br>Assigned for all purposes to the Hon. Charles R. Breyer, Dept. 8.<br><br>**STIPULATION SELECTING ADR PROCESS** |

*                                          1

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: _12/21/07_                _Rachel McCart for Equine Legal Solutions, Inc._
                                 [Typed name and signature of plaintiff]

Dated: _12/21/07_                _____
                                 [Typed name and signature of counsel for plaintiff]
                                 _Ruby & Schofield_

Dated: _1/8/08_                  _Kirk Dahl, Ph.D   Avalon G.C. for Equine Corp_
                                 [Typed name and signature of defendant]

Dated: _1/8/08_                  _____
                                 [Typed name and signature of counsel for defendant]
                                 _PEPPER HAMILTON LLP_

*United States District Court*
*For the Northern District of California*

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California, am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1700, Irvine, California. I am over the age of 18 and not a party to the action. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.

On the date set forth below, I served the foregoing documents described as **Stipulation Selecting ADR Process** on all interested parties in this action by placing [   ] the original [   ] a true copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| Steven A. Ellenberg<br>Ruby & Schofield<br>125 South Market Street, Suite 1001<br>San Jose, CA 95113<br>sellenberg@rubyschofield.com<br><br>*Attorney for Plaintiff:  Equine Legal Solutions Inc.* | Timothy J. Halloran<br>Jason Fellner<br>Murphy, Pearson, Bradley & Feeney<br>88 Kearny Street, 10th Floor<br>San Francisco, CA 94108<br>Jfellner@mpbf.com<br><br>*Attorneys for Defendant:  Shane Buntrock and Sanders & Parks P.C.* |

[ X ]  *MAIL*

    [ X ]    **STATE** - I am "readily familiar" with Pepper Hamilton's practice of collection and processing of correspondence for mailing.  Under that practice the envelope would be deposited with the U.S. Postal Service at Irvine, California, on that same date with postage thereon fully prepaid and in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

    [   ]    **FEDERAL** - I deposited such envelope in the U.S. Mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid.

[ X ]  *BY E-MAIL OR CM/EFC ELECTRONIC TRANSMISSION* – Based on a court order or Case Management/Electronic Case Filing System, the parties agree to accept service by e-mail or electronic transmission.  I caused the documents to be sent to the  e-mail address of the addressee(s) via CM/ECF court system.

[ X ]  (*State*) I declare under penalty of perjury under the laws of the State of California that the above  is true and correct.

[   ]  (*Federal*) I declare under penalty of perjury under the laws of United States of America that the above  is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.
Executed on January 8, 2008, at Irvine, California.

                                            RAQUEL MORENO