> RECEIVED
> JAN - 3 2008
> RICHARD W. WIEKING
> CLERK, U.S. DISTRICT COURT
> NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUINE LEGAL SOLUTIONS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation; and EQUINE.COM, INC., a Delaware corporation,<br><br>　　　　　Defendants. | Case No. C07 04976 CRB<br><br>Assigned for all purposes to the Hon. Charles R. Breyer, Dept. 8.<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

　　　M. Kelly Tillery, an active member in good standing of the bar of the State of Pennsylvania whose business address and telephone number is 3000 Two Logan Square, Eighteenth and Arch Street, Philadelphia, PA 19103-2799, having applied in the above-entitled action for admission to practice to the Northern District of

1



1  California on a *pro hac vice* basis, representing Primedia Enthusiast Publication,
2  Inc. (erroneously sued as Equine.Com, Inc.).
3       IT IS HEREBY ORDERED THAT the application is granted, subject to the
4  terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must
5  indicate appearance *pro hac vice*. Service of papers upon and communication with
6  co-counsel designed in the application will constitute notice to the party. All future
7  filings in this action are subject to the requirements contained in General Order No.
8  45, *Electronic Case Filing*.

Dated: January 08, 2007

_____
Honorable Charles R. Breyer
United States District Court Judge