1  STEVEN A. ELLENBERG (No. 151489)
   Email: steve@ellenberglawoffices.com
2  LAW OFFICES OF STEVEN A. ELLENBERG
   125 South Market Street, Suite 1001
3  San Jose, CA  95113
   Telephone:    (408) 998-8500
4  Facsimile:    (408) 998-8503

5  Attorneys for Plaintiff
   EQUINE LEGAL SOLUTIONS, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 EQUINE LEGAL SOLUTIONS, INC.,            Case No. C07-04976 CRB
   a California corporation,
13                                          NOTICE OF APPEARANCE AND
                              Plaintiff,    SUBSTITUTION OF COUNSEL FOR
14                                          PLAINTIFF EQUINE LEGAL
       vs.                                  SOLUTIONS, INC.
15
   SHANE BUNTROCK, an individual; SANDERS
16 & PARK, P.C., an Arizona professional
   corporation; and EQUINE.COM, INC., a
17 Delaware corporation,

18                            Defendants.

19

20

21      TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

22      PLEASE TAKE NOTICE that plaintiff EQUINE LEGAL SOLUTIONS, INC. hereby

23 substitutes Steven A. Ellenberg, Esq., email address: steve@ellenberglawoffices.com of Law

24 Offices of Steven A. Ellenberg, 125 South Market Street, Suite 1001, San Jose, California 95113,

25 Telephone: (408) 998-8500, Facsimile: (408) 998-8503, in place and instead of Steven A.

26 Ellenberg of the firm formerly known as Ruby & Schofield, as its attorneys of record in the above-

27 captioned action.

28

## SUBSTITUTION BASED ON CONSENT

The undersigned consent to the substitution.

DATED: January 8, 2008                EQUINE LEGAL SOLUTIONS, INC.

By: _____
Rachel Kosmal McCart

DATED: January 8, 2008                LAW OFFICES OF STEVEN A. ELLENBERG

By: _____
Steven A. Ellenberg

DATED: January 8, 2008                RUBY & SCHOFIELD

By: _____
Steven A. Ellenberg

## [PROPOSED ORDER]

Pursuant to the Stipulation above, the substitution is hereby approved.

IT IS SO ORDERED,

Dated: _____                U.S. DISTRICT COURT JUDGE

- 1 -
NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL
CASE NO. C07-04976 CRB