**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   EQUINE LEGAL SOLUTIONS,                              No. C 07-04976 CRB

12              Plaintiff,                                **Clerk's Notice**

13      v.

14   SHANE BUNTROCK, ET AL.,

15              Defendant.
     _____/

16

17   YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for

18   Friday, February 15, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer.  The case

19   management statement shall be filed on or about February 8, 2008.

20   Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,

21   San Francisco, CA  94102.

22   Dated: January 10, 2008                              FOR THE COURT,

23
                                                          Richard W. Wieking, Clerk
24
                                                          By: _____
25                                                             Barbara Espinoza
                                                               Courtroom Deputy
26

27

28