Feb-06-08  09:31am  From-Murphy, Pearson, Bradley, Feeney  +4153938087        T-640  P.002/003  F-315

Timothy J. Halloran - 104498
Jason E. Fellner - 245364
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel: (415) 788-1900
Fax: (415) 393-8087

Attorneys for
DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUINE LEGAL SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation; and EQUINE.COM, Inc., a Delaware corporation,<br><br>Defendants.<br><br>PRIMEDIA ENTHUSIAST PUBLICATIONS, INC.<br><br>Cross-Complainant,<br><br>v.<br><br>SHANE BUNTROCK, an individual; SANDERS & PARKS, P.C., an Arizona professional corporation,<br><br>Cross-Defendants. | Case No.: C07-04976-CRB<br><br>STIPULATION AND [ORDER] TO CONTINUE CASE MANAGEMENT CONFERENCE |

### RECITALS

WHEREAS a Case Management Conference is scheduled for 8:30 a.m. on Friday, February 15, 2008.

WHEREAS all parties in above-titled case have agreed to continue the date for mediation to

- 1 -

Stipulation And [Order] To Continue Case Management Conference

1  Friday, March 28, 2008 at 8:30 a.m. in order to allow for mediation to be completed.

## STIPULATION

THEREFORE, it is hereby stipulated by and between the parties below, through their respective attorneys of record, that the Case Management Conference scheduled for 8:30 a.m. on Friday, February 15, 2008 shall be continued to Friday, March 28, 2008 at 8:30 a.m.

Dated: February 4, 2008

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Jason E. Fellner
Attorneys for
DEFENDANTS/CROSS-DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.

Dated:

PEPPER HAMILTON LLP

By _____
M. Kelly Tillery
Attorneys for
DEFENDANTS/CROSS-COMPLAINANT
PRIMEDIA ENTHUSIAST PUBLICATIONS, INC.

Dated:

THE LAW OFFICES OF STEVEN ELLENBERG

By _____
Steven Ellenberg
Attorneys for
COMPLAINANT ELS.

## ORDER

IT IS HEREBY ORDERED: With good cause appearing, the Case Management Conference scheduled for 8:30 a.m. on Friday, February 15, 2008 shall be continued to Friday, March 28, 2008 at 8:30 a.m. The Parties shall file a joint case management statement in accordance with the local rules.

Dated:

By _____
HONORABLE CHARLES R. BREYER

JEF.10405653.doc

- 2 -

Stipulation And [Order] To Continue Case Management Conference

1 | Friday, March 28, 2008 at 8:30 a.m. in order to allow for mediation to be completed.

2 | **STIPULATION**

3 | THEREFORE, it is hereby stipulated by and between the parties below, through their
4 | respective attorneys of record, that the Case Management Conference scheduled for 8:30 a.m. on
5 | Friday, February 15, 2008 shall be continued to Friday, March 28, 2008 at 8:30 a.m.

6 | Dated: February 4, 2008

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Jason E. Fellner
Attorneys for
DEFENDANTS/CROSS-DEFENDANTS SHANE
BUNTROCK AND SANDERS & PARKS, P.C.

11 | Dated:

PEPPER HAMILTON LLP

By _____
M. Kelly Tillery
Attorneys for
DEFENDANTS/CROSS-COMPLAINANT
PRIMEDIA ENTHUSIAST PUBLICATIONS, INC.

16 | Dated: Feb. 6, 2008

THE LAW OFFICES OF STEVEN ELLENBERG

By _____
Steven Ellenberg
Attorneys for
COMPLAINANT ELS.

**ORDER**

22 | IT IS HEREBY ORDERED: With good cause appearing, the Case Management Conference
23 | scheduled for 8:30 a.m. on Friday, February 15, 2008 shall be continued to Friday, March 28, 2008 at
24 | 8:30 a.m. The Parties shall file a joint case management statement in accordance with the local rules.
25 | Dated:

By _____
HONORABLE CHARLES R. BREYER

27 | JEF.10405653.doc

- 2 -
Stipulation And [Order] To Continue Case Management Conference

# CERTIFICATE OF SERVICE

I, Tanya L. Graham, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On February 7, 2008, I served the following document(s) on the parties in the within action:

**STIPULATION AND [ORDER] TO CONTINUE CASE MANAGEMENT CONFERENCE**

| | |
|---|---|
| X | **BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
| | **BY HAND:** The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE:** The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following:: |
| | **VIA OVERNIGHT SERVICE:** The above-described document(s) will be delivered by overnight service, to the following: |

Michael L. Meeks  
Pepper Hamilton LLP  
5 Park Plz, Ste 1700  
Irvine, CA 92614-8503

Attorney For EQUINE.COM

Steven A. Ellenberg  
Law Offices of Steven A. Ellenberg  
125 South Market Street, Suite 1001  
San Jose, CA 95113

Attorney For Plaintiff EQUINE LEGAL SOLUTIONS, INC.,

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on February 7, 2008.

By _____  
Tanya L. Graham