Feb-05-08   09:31am   From-Murphy, Pearson, Bradley, Feeney   +4153938087   T-640   P.002/003   F-315

1  Timothy J. Halloran - 104498
   Jason E. Fellner - 245364
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA 94108-5530
   Tel:   (415) 788-1900
4  Fax:   (415) 393-8087

5  Attorneys for
   DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| EQUINE LEGAL SOLUTIONS, INC., a California corporation, | Case No.: C07-04976-CRB |
| Plaintiff, | STIPULATION AND [ORDER] TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | |
| SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation; and EQUINE.COM, Inc., a Delaware corporation, | |
| Defendants. | |
| PRIMEDIA ENTHUSIAST PUBLICATIONS, INC. | |
| Cross-Complainant, | |
| v. | |
| SHANE BUNTROCK, an individual; SANDERS & PARKS, P.C., an Arizona professional corporation, | |
| Cross-Defendants. | |

## RECITALS

WHEREAS a Case Management Conference is scheduled for 8:30 a.m. on Friday, February 15, 2008.

WHEREAS all parties in above-titled case have agreed to continue the date for mediation to

- 1 -

Stipulation And [Order] To Continue Case Management Conference

Friday, March 28, 2008 at 8:30 a.m. in order to allow for mediation to be completed.

## STIPULATION

THEREFORE, it is hereby stipulated by and between the parties below, through their respective attorneys of record, that the Case Management Conference scheduled for 8:30 a.m. on Friday, February 15, 2008 shall be continued to Friday, March 28, 2008 at 8:30 a.m.

Dated: February 4, 2008

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Jason E. Fellner
Attorneys for
DEFENDANTS/CROSS-DEFENDANTS SHANE
BUNTROCK AND SANDERS & PARKS, P.C.

Dated:

PEPPER HAMILTON LLP

By _____
M. Kelly Tillery
Attorneys for
DEFENDANTS/CROSS-COMPLAINANT
PRIMEDIA ENTHUSIAST PUBLICATIONS, INC.

Dated:

THE LAW OFFICES OF STEVEN ELLENBERG

By _____
Steven Ellenberg
Attorneys for
COMPLAINANT ELS.

## ORDER

IT IS HEREBY ORDERED: With good cause appearing, the Case Management Conference scheduled for 8:30 a.m. on Friday, February 15, 2008 shall be continued to Friday, March 28, 2008 at 8:30 a.m. The Parties shall file a joint case management statement in accordance with the local rules.

Dated: February 11, 2008

By _____
HONORABLE CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

- 2 -

Stipulation And [Order] To Continue Case Management Conference