

**Pillsbury**
**Winthrop**
**Shaw**
**Pittman** LLP

50 Fremont Street
San Francisco, CA 94105
Tel 415.983.1000
Fax 415.983.1200

MAILING ADDRESS
P. O. Box 7880
San Francisco, CA 94120
www.pillsburylaw.com

February 28, 2008

Jeffrey S. Ross
Phone: 415.983.1730
jeff.ross@pillsburylaw.com

<u>Via Email and U.S. Mail</u>

Steven A. Ellenberg, Esq.
Law Offices of Steven A. Ellenberg
125 South Market Street, Suite 1001
San Jose, CA 95113
Email: steve@ellenberglawoffices.com
lisa@ellenberglawoffices.com

M. Kelly Tillery, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
Email: tilleryk@pepperlaw.com

Timothy J. Halloran, Esq.
Murphy, Pearson, Bradley & Feeney
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Email: thalloran@mpbf.com

Jason Elliott Fellner, Esq.
Murphy, Pearson, Bradley & Feeney
88 Kearny St., 10th Fl.
San Francisco, CA 94108-5530
Email: jfellner@mpbf.com

Michael L. Meeks, Esq.
Pepper Hamilton, LLP
5 Park Plaza, Suite 1700
Irvine, CA 92614-8503
Email: meeksm@pepperlaw.com

Re:   Case Name: *Equine Legal Solutions, Inc. v. Buntrock*
      Case No.: C 07-04976 CRB MED

Dear Counsel:

This will confirm that we have scheduled the mediation in this case for Thursday, April 10, at 9:30 a.m. We will meet at my offices at 50 Fremont Street, Sixth Floor, San Francisco. We agreed to keep the whole day available to allow the mediation to continue as long as it is being productive.

Please make sure that the written statements described in ADR L. R. 6-7 are exchanged and in my office by Monday, March 31, 2008. Please include any key documents you feel I should read. If you think it would be helpful to our mediation, I also invite you to submit to me – but not exchange – confidential statements relating, for example, to obstacles to or options for settlement.

700987203v1

February 28, 2008
Page 2

    We discussed the importance of your clients' attendance, which is also required by the ADR L. R. Rule 6-9. Please send an e-mail to me and to all parties no later than Friday, March 7, identifying the client who will attend. In the case of corporations or other entities, please identify the representative and her/his title. Bear in mind that the representative must be knowledgeable about the facts and have authority to settle the case. ADR L. R. Rule 6-9 (a) (2). Please also identify any insurers and the representative who will attend, as required by ADR L. R. Rule 6-9 (c).

    Please prepare for the mediation by discussing each of the following items with your clients:

- clients' interests, not just positions, and how these interests could be met;
- other side's interests, and how these could be met;
- best and worst alternatives to a negotiated settlement;
- strengths and weaknesses of case; and
- estimated budget to litigate the case through trial.

    As provided by ADR L.R. 5-4(b), I will donate my preparation time and the first four hours of the mediation. If the case has not resolved and you all agree to continue, although the rules allow me to charge the court-set rate of $200 per hour for the next four hours, I will donate that time if you wish to continue, and I believe that it will be productive. After eight hours of session time, I will charge my hourly rate of $675 or such other rate as all parties agree to pay.

    I look forward to seeing you on Thursday, April 10, at 9:30 a.m.

Sincerely yours,

Jeffrey S. Ross

Enclosure

cc:    Clerk's Office-ADR Unit