STEVEN A. ELLENBERG (No. 151489)
125 South Market Street, Suite 1001
San Jose, CA 95113
Telephone: (408) 998-8500
Facsimile: (408) 998-8503

Attorneys for Plaintiff
EQUINE LEGAL SOLUTIONS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUINE LEGAL SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation; and EQUINE.COM, INC., a Delaware corporation,<br><br>Defendants. | Case No. C07-04976 CRB<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND FOR EXTENSION OF TIME TO CONDUCT MEDIATION**<br><br>DATE: March 28, 2008<br>TIME: 8:30 a.m.<br>DEPT: 8<br>JUDGE: Hon. Charles Breyer |

## RECITALS

WHEREAS a Case Management Conference is scheduled for 8:30 a.m. on Friday, March 28, 2008.

WHEREAS the Court previously ordered that the parties mediate be February 29, 2008.

WHEREAS the parties diligently attempted to schedule a mediation by February 29, 2008, but were unable to reach an agreeable date for mediation because of counsel's respective trial schedules.

WHEREAS a mediation is now scheduled with Jeffrey Ross for April 10, 2008.

/////
/////

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND FOR
EXTENSION OF TIME TO CONDUCT MEDIATION                                                                    1

## STIPULATION

THEREFORE, it is hereby stipulated by and between the parties below, through their respective attorneys of record that the Case Management Conference scheduled for 8:30 a.m. on Friday, March 28, 2008 shall be continued to Friday, May 2, 2008 at 8:30 a.m.

DATED: March 16, 2008        LAW OFFICES OF STEVEN A. ELLENBERG

By: _____
Steven A. Ellenberg
Attorneys for Plaintiff
Equine Legal Solutions, Inc.

DATED: March ___, 2009        MURPHY PEARSON BRADLEY & FEENEY

By: _____
Jason E. Fellner
Attorney for Defendants
Sanders & Park and Shane Buntrock

DATED: March 17, 2008        PEPPER HAMILTON

By: _____
Michael L. Meeks
Attorneys for Defendant
Primedia Enthusiast Publications, Inc.

## ORDER

IT IS HEREBY ORDERED: With good cause appearing, the Case Management Conference scheduled for 8:30 a.m. on Friday, March 28, 2008 shall be continued to Friday, May 2, 2008 at 8:30 a.m. The parties shall conduct a mediation on April 10, 2008. The parties shall also file a joint case management statement in accordance with the local rules.

March ___, 2008

HONORABLE CHARLES R. BREYER

I:\EQUINE LEGAL\P\Stip and Order to Continue CMC.doc

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND FOR EXTENSION OF TIME TO CONDUCT MEDIATION            2

**CERTIFICATE OF SERVICE**

I, Tanya L. Graham, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On March 17, 2008, I served the following document(s) on the parties in the within action:

**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND FOR EXTENSION OF TIME TO CONDUCT MEDIATION**

| | |
|---|---|
| X | **BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
| | **BY HAND:** The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE:** The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following:: |
| | **VIA OVERNIGHT SERVICE:** The above-described document(s) will be delivered by overnight service, to the following: |

Michael L. Meeks                           Attorney For EQUINE.COM
Pepper Hamilton LLP
5 Park Plz, Ste 1700
Irvine, CA 92614-8503

Steven A. Ellenberg                        Attorney For Plaintiff EQUINE LEGAL
Law Offices of Steven A. Ellenberg         SOLUTIONS, INC.,
125 South Market Street, Suite 1001
San Jose, CA 95113

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on March 17, 2008.

By _____/s/ Tanya L. Graham_____
Tanya L. Graham

- 1 -