STEVEN A. ELLENBERG (No. 151489)
125 South Market Street, Suite 1001
San Jose, CA 95113
Telephone: (408) 998-8500
Facsimile: (408) 998-8503

Attorneys for Plaintiff
EQUINE LEGAL SOLUTIONS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUINE LEGAL SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation; and EQUINE.COM, INC., a Delaware corporation,<br><br>Defendants. | Case No. C07-04976 CRB<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND FOR EXTENSION OF TIME TO CONDUCT MEDIATION**<br><br>DATE: March 28, 2008<br>TIME: 8:30 a.m.<br>DEPT: 8<br>JUDGE: Hon. Charles Breyer |

## RECITALS

WHEREAS a Case Management Conference is scheduled for 8:30 a.m. on Friday, March 28, 2008.

WHEREAS the Court previously ordered that the parties mediate be February 29, 2008.

WHEREAS the parties diligently attempted to schedule a mediation by February 29, 2008, but were unable to reach an agreeable date for mediation because of counsel's respective trial schedules.

WHEREAS a mediation is now scheduled with Jeffrey Ross for April 10, 2008.

/////
/////

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND FOR
EXTENSION OF TIME TO CONDUCT MEDIATION                                          1

**STIPULATION**

THEREFORE, it is hereby stipulated by and between the parties below, through their respective attorneys of record that the Case Management Conference scheduled for 8:30 a.m. on Friday, March 28, 2008 shall be continued to Friday, May 2, 2008 at 8:30 a.m.

DATED: March 16, 2008     LAW OFFICES OF STEVEN A. ELLENBERG

By: _____
Steven A. Ellenberg
Attorneys for Plaintiff
Equine Legal Solutions, Inc.

DATED: March ___, 2009    MURPHY PEARSON BRADLEY & FEENEY

By: _____
Jason E. Fellner
Attorney for Defendants
Sanders & Park and Shane Buntrock

DATED: March 17, 2008     PEPPER HAMILTON

By: _____
Michael L. Meeks
Attorneys for Defendant
Primedia Enthusiast Publications, Inc.

**ORDER**

IT IS HEREBY ORDERED: With good cause appearing, the Case Management Conference scheduled for 8:30 a.m. on Friday, March 28, 2008 shall be continued to Friday, May 2, 2008 at 8:30 a.m. The parties shall conduct a mediation on April 10, 2008. The parties shall also file a joint case management statement in accordance with the local rules.

March 17, 2008

HONORABLE CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

I:\EQUINE LEGAL\P\Stip and Order to Continue CMC.doc

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFER[ENCE]
EXTENSION OF TIME TO CONDUCT MEDIATION