Timothy J. Halloran - 104498
Jason E. Fellner - 245364
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel:    (415) 788-1900
Fax:    (415) 393-8087

Attorneys for
DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUINE LEGAL SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation; and EQUINE.COM, Inc., a Delaware corporation,<br><br>Defendants. | Case No.: C07-04976-CRB<br><br>STIPULATION AND [ORDER] TO CONTINUE CASE MANAGEMENT CONFERENCE |
| PRIMEDIA ENTHUSIAST PUBLICATIONS, INC.<br><br>Cross-Complainant,<br><br>v.<br><br>SHANE BUNTROCK, an individual; SANDERS & PARKS, P.C., an Arizona professional corporation,<br><br>Cross-Defendants. | |

## RECITALS

WHEREAS a Case Management Conference is scheduled for 8:30 a.m. on Friday, May 2, 2008.

WHEREAS all parties in above-titled case have agreed to continue with ongoing mediation in

- 1 -
Stipulation And [Order] To Continue Case Management Conference

1 ~~this case in an effort to reach a mutually agreeable resolution.~~

## STIPULATION

THEREFORE, it is hereby stipulated by and between the parties below, through their respective attorneys of record, that the Case Management Conference scheduled for 8:30 a.m. on Friday, May 2, 2008 shall be continued to Friday, June 6, 2008 at 8:30 a.m.

Dated: April 22, 2008

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Jason E. Fellner
Attorneys for
DEFENDANTS/CROSS-DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.

Dated:

PEPPER HAMILTON LLP

By _____
M. Kelly Tillery
Attorneys for
DEFENDANTS/CROSS-COMPLAINANT
PRIMEDIA ENTHUSIAST PUBLICATIONS, INC.

Dated: April 22, 2008

THE LAW OFFICES OF STEVEN ELLENBERG

By _____
Steven Ellenberg
Attorneys for
COMPLAINANT ELS.

## ORDER

IT IS HEREBY ORDERED: With good cause appearing, the Case Management Conference scheduled for 8:30 a.m. on Friday, May 2, 2008 shall be continued to Friday, June 6, 2008 at 8:30 a.m. The Parties shall file a joint case management statement in accordance with the local rules.

Dated:

By _____
HONORABLE CHARLES R. BREYER

JEF.10405653.doc

- 2 -

Stipulation And [Order] To Continue Case Management Conference

# CERTIFICATE OF SERVICE

I, ~~Suzanne X. Johnson~~/Tanya L. Graham, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On April 22, 2008, I served the following document(s) on the parties in the within action:

STIPULATION AND [ORDER] TO CONTINUE CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| X | **BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
| | **BY HAND:** The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE:** The above-described document(s) will be transmitted via facsimile, and a copy of same will be mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE:** The above-described document(s) will be delivered by overnight service, to the following: |

Michael L. Meeks  
Pepper Hamilton LLP  
5 Park Plz, Ste 1700  
Irvine, CA 92614-8503

Attorney For EQUINE.COM

Steven A. Ellenberg  
Law Offices of Steven A. Ellenberg  
125 South Market Street, Suite 1001  
San Jose, CA 95113

Attorney For Plaintiff EQUINE LEGAL SOLUTIONS, INC.,

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on April 22, 2008.

By _____  
Suzanne X. Johnson/Tanya L. Graham