Timothy J. Halloran - 104498
Jason E. Fellner - 245364
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel:  (415) 788-1900
Fax:  (415) 393-8087

Attorneys for
DEFENDANTS SHANE BUNTROCK AND SANDERS & PARKS, P.C.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUINE LEGAL SOLUTIONS, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation; and EQUINE.COM, Inc., a Delaware corporation,<br><br>    Defendants. | Case No.: C07-04976-CRB<br><br>STIPULATION AND [ORDER] TO CONTINUE CASE MANAGEMENT CONFERENCE |
| PRIMEDIA ENTHUSIAST PUBLICATIONS, INC.<br><br>    Cross-Complainant,<br><br>v.<br><br>SHANE BUNTROCK, an individual; SANDERS & PARKS, P.C., an Arizona professional corporation,<br><br>    Cross-Defendants. | |

### RECITALS

WHEREAS a Case Management Conference is scheduled for 8:30 a.m. on Friday, May 2, 2008.

WHEREAS all parties in above-titled case have agreed to continue with ongoing mediation in

- 1 -
Stipulation And [Order] To Continue Case Management Conference

1  ~~this case in an effort to reach a mutually agreeable resolution.~~

## STIPULATION

THEREFORE, it is hereby stipulated by and between the parties below, through their respective attorneys of record, that the Case Management Conference scheduled for 8:30 a.m. on Friday, May 2, 2008 shall be continued to Friday, June 6, 2008 at 8:30 a.m.

Dated: April 22, 2008

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Jason E. Fellner
Attorneys for
DEFENDANTS/CROSS-DEFENDANTS SHANE
BUNTROCK AND SANDERS & PARKS, P.C.

Dated:

PEPPER HAMILTON LLP

By _____
M. Kelly Tillery
Attorneys for
DEFENDANTS/CROSS-COMPLAINANT
PRIMEDIA ENTHUSIAST PUBLICATIONS, INC.

Dated: April 22, 2008

THE LAW OFFICES OF STEVEN ELLENBERG

By _____
Steven Ellenberg
Attorneys for
COMPLAINANT ELS.

## ORDER

IT IS HEREBY ORDERED: With good cause appearing, the Case Management Conference scheduled for 8:30 a.m. on Friday, May 2, 2008 shall be continued to Friday, June 6, 2008 at 8:30 a.m. The Parties shall file a joint case management statement in accordance with the local rules.

Dated: April 23, 2008

By _____
HONORABLE CHARLES R. BREYER

JEF.10405653.doc

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

-2-

Stipulation And [Order] To Continue