# UNITED STATES DISTRICT COURT

## Northern District of California

Equine Legal Solutions, Inc.,

        Plaintiff(s),

    v.

Buntrock,

        Defendant(s).

No. C 07-04976 CRB MED

**Certification of ADR Session**

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1.  I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) _April 10, 2008 and thereafter by telephone_

2.  Did the case settle?       ☒ fully       ☐ partially       ☐ no

3.  If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

**4.   IS THIS ADR PROCESS COMPLETED?       ☒ YES       ☐ NO**

Dated:   _4-30-08_

                              **Mediator, Jeffrey S. Ross**
                              Pillsbury Winthrop Shaw Pittman LLP
                              50 Fremont St
                              5th Flr
                              San Francisco, CA 94105

**United States District Court**
Northern District of California