```
1  STEVEN A. ELLENBERG (No. 151489)
   125 South Market Street, Suite 1001
2  San Jose, CA  95113
   Telephone:   (408) 998-8500
3  Facsimile:   (408) 998-8503

4  Attorneys for Plaintiff
   EQUINE LEGAL SOLUTIONS, INC.
5
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUINE LEGAL SOLUTIONS, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation; and EQUINE.COM, INC., a Delaware corporation, <br><br> Defendants. <br><br> PRIMEDIA ENTHUSIAST PUBLICATIONS, INC. <br><br> Plaintiff, <br><br> v. <br><br> SHANE BUNTROCK, an individual; SANDERS & PARK, P.C., an Arizona professional corporation, <br><br> Defendants. | Case No.  C07-04976 CRB <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

## STIPULATION

Pursuant to settlement, the undersigned hereby stipulate to dismissal of the above-entitled action in its entirety, with prejudice.

STIPULATION FOR DISMISSAL                                                                 1

1  No costs or fees are recoverable by any party by reason of the dismissal.

3  DATED: May 28, 2008           LAW OFFICES OF STEVEN A. ELLENBERG

5  By: _____
   Steven A. Ellenberg
6  Attorneys for Plaintiff
   Equine Legal Solutions, Inc.

8  DATED: May 28, 2008           MURPHY PEARSON BRADLEY & FEENEY

10 By: _____
11 Jason L. Fellner
   Attorneys for Defendants and Cross-Defendants
12 Sanders & Parks, P.C. and Shane Buntrock

13 DATED: May 28, 2008           PEPPER HAMILTON

15 By: _____
   M. Kelly Tillery
16 Attorneys for Defendant and Cross-Claimant
   Primedia Enthusiast Publications, Inc.
17 (erroneously identified as Equine.com)

19 I:\EQUINE LEGAL\P\Stipulation for Dismissal.doc

STIPULATION FOR DISMISSAL                    2